```
1                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
2
              HONORABLE LARRY ALAN BURNS, JUDGE PRESIDING
3


4
    UNITED STATES OF AMERICA,        )
5                                    )
                   PLAINTIFF,        )   CASE NO. 10CR02217-LAB
6                                    )
            VS.                      )
7                                    )   SAN DIEGO, CALIFORNIA
    THANH VIET CAO,                  )   MAY 16, 2011
8                                    )   9:30 A.M.
                   DEFENDANT.        )
9   _____)


10


11                      REPORTER'S TRANSCRIPT

12                        SENTENCE WITH PSR


13
    APPEARANCES:
14
    FOR THE GOVERNMENT:          LAURA E. DUFFY, U.S. ATTORNEY
15                               BY:  JOSEPH ORABONA, ESQ.
                                      JOHN B. OWENS, ESQ.
16                               ASSISTANT U.S. ATTORNEYS
                                 880 FRONT STREET
17                               SAN DIEGO, CA 92101

18  FOR THE DEFENDANT:           FEDERAL DEFENDERS, INC.
                                 BY:  TRENTON PACKER, ESQ.
19                                    MICHELLE BETANCOURT, ESQ.
                                 220 BROADWAY, STE. 900
20                               SAN DIEGO, CA 92101

21


22  COURT REPORTER:              EVA OEMICK
                                 OFFICIAL COURT REPORTER
23                               UNITED STATES COURTHOUSE
                                 940 FRONT STREET, STE. 2190
24                               SAN DIEGO, CA 92101
                                 TEL: (619) 615-3103
25
```

2

1      **SAN DIEGO, CALIFORNIA— MONDAY, MAY 16, 2011—9:30 A.M.**

2           THE CLERK:  CALLING NO. 2 ON THE CALENDAR, 10CR2217,

3    UNITED STATES OF AMERICA VERSUS THANH VIET CAO, ON FOR

4    SENTENCING.

5           COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE

6    RECORD.

7           THE COURT:  GOOD MORNING, MR.  ORABONA.

8           MR. ORABONA:  GOOD MORNING, YOUR HONOR.

9           JOSEPH ORABONA AND JOHN OWENS ON BEHALF OF THE

10   UNITED STATES.

11          THE COURT:  GOOD MORNING, MR. OWENS.

12          MS. BETANCOURT AND MR. PACKER, GOOD MORNING.

13          MR. PACKER:  GOOD MORNING, YOUR HONOR.

14          MR. BETANCOURT:  YOUR HONOR, IF I MAY HAND THE COURT

15   THREE LETTERS THAT WE RECEIVED ON FRIDAY.  I'VE ALREADY GIVEN

16   COPIES TO THE GOVERNMENT.

17                    (PAUSE IN PROCEEDINGS)

18          MS. BETANCOURT:  MR. CAO IS PRESENT BEFORE THE

19   COURT.

20          THE COURT:  I'VE READ THE LETTERS FROM MR. CAO'S

21   AUNTS, COUSINS, AND THIS FELLOW OBLAMAN (PHONETIC)?

22          MS. BETANCOURT:  YES, SIR.

23          THE COURT:  THIS IS ON FOR SENTENCING THIS MORNING.

24   MR. CAO WAS CONVICTED BY A JURY IN FEBRUARY.  THE COURT HAS

25   READ, AMONG OTHER THINGS THE PRESENTENCE REPORT.

3

1            YOU'VE HAD A CHANCE TO GO OVER THAT WITH MR. CAO?

2            MS. BETANCOURT:  YES, YOUR HONOR.

3            THE COURT:  THE GOVERNMENT HAS FILED A SENTENCING

4     SUMMARY CHART.  THEY'VE ALSO FILED A SENTENCING MEMORANDUM.

5     I'VE LOOKED VERY CAREFULLY AT THAT.  THERE'S A RESTITUTION

6     JUDGMENT THAT'S BEEN HANDED TO THE COURT AS WELL, BUT IT

7     PURPORTS TO ASSIGN THE AMOUNT OF RESTITUTION TO THE VARIOUS

8     VICTIMS IN THIS CASE.

9            THERE IS A DEFENSE SENTENCING MEMORANDUM.  I'VE

10    LOOKED AT THAT VERY EXTENSIVELY.

11           I'VE LOOKED AT ALL OF THE PAPERS AT LEAST TWICE,

12    SOME OF THEM I THINK MORE THAN TWICE, MOST RECENTLY LAST

13    NIGHT.  I'VE TRIED TO GO THROUGH AND DO VERY CLOSE SCRUTINY OF

14    WHAT THE PARTIES CONTEND ARE COMPARABLE CASES TO SENTENCES

15    IMPOSED IN THOSE CASES.  THAT'S OBVIOUSLY ONE OF THE FACTORS.

16           BUT I WANT YOU TO KNOW THAT I HAVE LOOKED AT THAT.

17    I THINK IT'S VERY DIFFICULT TO MAKE JUDGMENTS OTHER THAN THIS

18    IS IN THE RANGE OF MONEY LOST BECAUSE I KNOW LITTLE ABOUT

19    THOSE CASES OTHER THAN THE NOTORIOUS ONES, SKILLING AND

20    EBBERS, AND MADOFF, OF COURSE.  THE OTHER CASES, IT'S VERY

21    HARD TO KNOW WHAT THE CIRCUMSTANCES ARE.

22           I THINK THIS CASE IS COMPLICATED BY SOME AGGRAVATING

23    CIRCUMSTANCES, MS. BETANCOURT, AND I WANT YOU TO SPEAK TO

24    THIS.  IT'S NOT JUST THE AMOUNT OF MONEY THAT WAS STOLEN BY

25    MR. CAO IN THIS CASE, BUT IT'S KIND OF A PATTERN OF

1    BELLIGERENCE AND OBSTRUCTION.

2            AND INSTEAD OF BACKING DOWN, IT'S LIKE EVERY TIME HE

3    WAS CONFRONTED, HE REDOUBLED WHAT HE WAS DOING.  HE'S FILING

4    THESE LIENS AGAINST THE JUDGES, ACTING IN CONTRAVENTION OF

5    JUDGE CARNEY'S ORDER NOT TO MOVE MONEY, THREATENING PEOPLE,

6    SENDING OUT THESE THREATENING E-MAILS AND TAUNTING E-MAILS,

7    THAT TYPE OF THING.

8            I JUST HAVEN'T SEEN ANY BACKING DOWN ON HIS PART.  I

9    WOULD HAVE THOUGHT AT SOME POINT WHEN THE SEC WAS CHASING HIM

10   AND HE WAS AWARE OF THAT, THAT HE WOULD HAVE STOOD DOWN.

11   INSTEAD, IT SEEMS LIKE HE ESCALATED THINGS.

12           SO I'M TROUBLED BY THAT.  THAT'S AN AGGRAVATING

13   CIRCUMSTANCE IN THIS CASE.  AND IT HAPPENED OVER A LONG PERIOD

14   OF TIME.  IT WASN'T LIKE JUST A LAPSE IN JUDGMENT, A REACTION.

15   IT WAS LIKE A PATTERN OF CONDUCT ON HIS PART; TRYING TO

16   COUNTER MOVES BY AUTHORITIES, RESISTANCE TO COURT ORDERS.  I

17   THINK THAT'S VERY AGGRAVATING HERE.

18           THE OTHER THING I WANT YOU TO SPEAK TO -- AND AS FAR

19   AS I'M CONCERNED, THIS IS THE ELEPHANT IN THE ROOM --

20   SOMEWHERE BETWEEN $10 AND $12 MILLION WAS STOLEN.  THE

21   EXPENSES THAT I'M AWARE OF -- AND I'VE SCRUTINIZED MY NOTES

22   FROM THE TRIAL IN THIS CASE, I'VE LOOKED AT THE PRESENTENCE

23   REPORT, THE PARTIES' SUBMISSIONS VERY CAREFULLY -- ACCOUNTS

24   FOR MAYBE HUNDREDS OF THOUSANDS OF THAT AMOUNT; THE BENTLEY,

25   OF COURSE, THE LAVISH LIVING, THE WATCHES.  BUT THAT'S A DROP

5

1    IN THE BUCKET TO $10 OR $12 MILLION.

2            I DO KNOW THAT A MILLION SEVEN WENT OFFSHORE.  I

3    CAN'T FIGURE OUT WHAT HAPPENED TO THE REST OF THE MONEY.  I

4    HAVE THIS FEAR, MS. BETANCOURT, THAT MR. CAO HAS GOT MONEY

5    SQUIRRELED AWAY SOMEWHERE OFFSHORE.  OF COURSE, THERE'S NO

6    EVIDENCE OF THAT.  THE GOVERNMENT WOULD HAVE GRABBED IT, I

7    SUPPOSE, OR MADE SOME ATTEMPT TO.

8            BUT AT THE SAME TIME, HE DIDN'T SPEND IT, AND IT'S

9    GONE.  AND I DON'T KNOW WHERE THE MONEY IS.  AND THAT, I HAVE

10   TO TELL YOU, IS GOING TO AFFECT MY SENTENCING DISCRETION.  THE

11   RANGE HERE IS A VERY BIG RANGE.  IF I CREDIT THE COMPARATIVE

12   ANALYSIS THAT MR. PACKER DID IN THE SENTENCING MEMO, I LOOK AT

13   SOME OF THOSE CASES, AND THE RANGE COULD BE ANYWHERE FROM

14   10 YEARS UP TO, WHAT, 40 YEARS?  THE GOVERNMENT WANTS 40 YEARS

15   IN THIS CASE.  SO THERE'S A HUGE RANGE.

16           I'LL TELL YOU WHAT I DON'T WANT TO DO.  I DON'T WANT

17   TO GO EASY ON MR. CAO IF THERE'S MONEY WAITING FOR HIM OUT

18   THERE AND IT'S THIS STOLEN MONEY THAT BELONGS TO ALL THESE

19   PEOPLE WHO'VE BEEN SO DEEPLY AFFECTED BY THIS.

20           AND I WANT TO HEAR ABOUT THAT.  I WANT TO HEAR WHAT

21   HAPPENED TO THAT MONEY, WHERE IT IS, WHAT THE PROSPECT IS THAT

22   THAT MONEY CAN BE BROUGHT BACK AND GIVEN BACK TO SOME OF THESE

23   PEOPLE IN AN ATTEMPT TO MAKE THEM PARTIALLY WHOLE.  I DON'T

24   HAVE ANY ILLUSIONS.  EVERYBODY'S NOT GOING TO GET THEIR MONEY

25   BACK.  I JUST CAN'T FATHOM WHAT HAPPENED TO THE OTHER $10

1    MILLION, $11 MILLION.

2         SO THOSE ARE THE THINGS THAT ARE ON MY MIND.  I'M

3    HAPPY TO HEAR FROM YOU GENERALLY ON BEHALF OF MR. CAO.

4         MS. BETANCOURT:  THANK YOU, YOUR HONOR.

5         YOUR HONOR, AS THE COURT NOTES FROM OUR SENTENCING

6    MEMORANDUM, WE ARE REQUESTING A SENTENCE OF TEN YEARS.  IT'S

7    NOT A LIGHT SENTENCE THAT WE'RE REQUESTING.  AS THE COURT

8    KNOWS, THE GUIDELINES ARE MERELY ADVISORY, AND THE COURT

9    SHOULD CONSIDER ALL THE MITIGATING FACTORS.

10        HERE WE'RE ASKING THE COURT TO REJECT THE GUIDELINES

11   BECAUSE THEY DO LACK AN EMPIRICAL BASIS.  I THINK OUR

12   MEMORANDUM TRIED TO GO THROUGH AND BREAK IT DOWN FOR YOU.

13   CERTAINLY, THEY RECOMMEND, IN OUR VIEW, A PUNISHMENT THAT'S

14   GREATER THAN NECESSARY IN THIS CASE.

15        THE GUIDELINES ARE CERTAINLY JUST ONE-DIMENSIONAL.

16   EVEN IF MR. CAO HAD PLED, THE ONLY THING REALLY AVAILABLE TO

17   HIM OTHER THAN DEPARTURES WOULD HAVE BEEN A MINUS THREE FOR

18   ACCEPTANCE OF RESPONSIBILITY.  THE ONLY THING THAT THE

19   GUIDELINES DO IS GO UP.

20        AND JUST IN ASKING, IS A BASE OFFENSE LEVEL OF 41

21   REALLY REFLECTIVE OF A TRUE HARM HERE?  I RECOGNIZE THAT THERE

22   WAS A LOT OF LOSS AND THAT THE INVESTORS LOST MONEY IN THIS

23   CASE, BUT WE ALSO NEED TO LOOK AT THE MOTIVE.

24        AND THERE'S NO DISPUTING THAT A BENTLEY WAS BOUGHT

25   AND THAT THE WATCH WAS BOUGHT AND SOME LUGGAGE WAS BOUGHT, BUT

7

1      I THINK THE COURT IS RIGHT.  THIS IS NOT AN INDIVIDUAL WHO WAS

2      LIVING A LAVISH LIFESTYLE BUYING YACHTS OR LIVING IN A

3      MULTI-MILLION DOLLAR MANSION.  HE WAS LIVING AT HIS PARENTS'

4      HOME WITH HIS GIRLFRIEND.

5                  THE COURT:  WHAT HAPPENED TO THE REST OF THE MONEY?

6                  MS. BETANCOURT:  WE HAVE TRIED -- I SAT DOWN WITH

7      MR. CAO.  IF THE COURT RECALLS -- WELL, I DON'T KNOW IF THE

8      COURT WOULD KNOW THIS, BUT THERE WERE INVESTMENTS THAT

9      PREDATED THIS AND ACTUALLY GO TO THE STATE COURT CONVICTION.

10                  THERE IS SOME MONIES THAT WERE LOST THERE, PART OF

11      THE REASON MR. CAO HAD ISSUES WITH THOSE INDIVIDUALS.  I DON'T

12      KNOW -- HE DOESN'T KNOW EXACTLY HOW MUCH MONEY, BUT THAT COULD

13      BE BETWEEN $2 OR $3 MILLION.

14                  THE COURT:  I GOT THE IMPRESSION THAT THAT WAS A

15      DIFFERENT POOL OF INVESTORS ON THOSE LOSSES.

16                  MS. BETANCOURT:  THAT WAS WHERE IT ALL WAS STARTING.

17      THAT WAS VEST AMERICA.  THAT WAS -- A LOT OF THOSE INVESTMENTS

18      IS WHERE IT ALL WAS STARTING.  THAT WAS NOT A SEPARATE POOL.

19      THAT WAS ALL -- IN MR. CAO'S MIND, IT'S ALL THE SAME.

20                  THE COURT:  THOSE EVENTS GO BACK TO 2006; RIGHT?

21                  MS. BETANCOURT:  CORRECT.

22                  THE COURT:  AND THE TESTIMONY WE HEARD AT TRIAL

23      POSTDATED THAT?

24                  MS. BETANCOURT:  2005 IS WHEN PEOPLE FIRST STARTED

25      INVESTING.

8

1          THE COURT:  RIGHT, BUT I HEARD FROM VICTIMS HERE WHO

2     INVESTED LONG AFTER 2006.  HE WAS MAKING PRESENTATIONS DOWN AT

3     THE --

4          MS. BETANCOURT:  YOUR HONOR, I THINK IT'S IMPORTANT

5     TO NOTE THAT YOU DID HEAR FROM THE INVESTORS THAT INVESTED

6     UNFORTUNATELY LATE IN THIS SCHEME.  AND THE PEOPLE THAT

7     INVESTED LATE IN THE SCHEME ARE THE ONES THAT END UP LOSING

8     THE MOST BECAUSE THE SCHEME FALLS APART.  THE PEOPLE EARLY ON

9     GET RETURNS, ARE RECEIVING MONEY BECAUSE OF THE PEOPLE THAT

10    ARE COMING IN AFTER THE FACT.

11         THE COURT:  I GET THAT, BUT THAT'S ACCOUNTED FOR IN

12    THE FIGURE THAT I HAVE.  WHEN I SAY 10 TO 12 MILLION, I THINK

13    THAT'S A RELIABLE FIGURE OF THE ACTUAL LOSS.  IT'S CLEAR TO ME

14    THAT HE TOOK IN ABOUT $18 MILLION AND THAT HE PAID OUT, AS

15    PART OF THE PONZI SCHEME, ABOUT $6 MILLION.

16         WE STILL HAVE A BIG, GREAT DIVIDE, MS. BETANCOURT,

17    BETWEEN THINGS THAT HE BOUGHT, THINGS THAT I CAN SAY "OKAY.

18    SOME MONEY WENT FOR THIS," AND THEN THIS MISSING $10 MILLION.

19    THAT'S WHY I CHARACTERIZED IT AS THE ELEPHANT IN THE ROOM.

20    GIVEN THAT THERE WERE OVERSEAS TRANSFERS --

21         MS. BETANCOURT:  THERE WAS ONE OVERSEAS TRANSFER.

22         THE COURT:  I KNOW, THAT THE GOVERNMENT KNEW ABOUT.

23    AND ALL OF THESE ACCOUNTS, 60 DIFFERENT ACCOUNTS AND THINGS

24    MOVING BACK AND FORTH, I'M SUSPICIOUS, AS I SAID, THAT THERE

25    MAY BE MONEY OUT THERE THAT HE KNOWS WHERE IT IS BUT THAT I

9

1    CERTAINLY DON'T.  I DON'T THINK THE GOVERNMENT DOES.

2            MS. BETANCOURT:  BUT THAT'S NOT -- THE GOVERNMENT

3    DID A VERY EXTENSIVE ANALYSIS OF THIS CASE; THE FORENSIC

4    ACCOUNTANT, EVERYONE TRYING TO LOCATE THE MONEY.  AND THERE

5    WAS NO EVIDENCE WHATSOEVER THAT MONEY WAS SHIPPED OVERSEAS.

6            THE COURT:  WHAT HAPPENED TO IT, THEN?

7            MS. BETANCOURT:  YOUR HONOR, WE WISH WE KNEW.  I

8    DON'T THINK THAT MR. CAO WAS BEING -- KEEPING THE BEST

9    ACCOUNTING RECORDS BEING THAT THERE WERE SO MANY DIFFERENT

10   ACCOUNTS.

11           THERE WAS ALSO, AS THE GOVERNMENT ALLUDES IN THEIR

12   MEMORANDUM, A NUMBER OF HANDS IN THE POT.  THEY DIDN'T CHARGE

13   THOSE INDIVIDUALS AS CO-DEFENDANTS IN THIS CASE, BUT MS. LUDY

14   GROSNICKLE WAS ONE OF THE MAIN PEOPLE THAT BROUGHT IN

15   INDIVIDUALS.  THE INDIVIDUAL IN NORTHERN CALIFORNIA.  THERE

16   WAS OTHER PEOPLE GIVING PRESENTATIONS, AND THOSE PEOPLE HAD

17   HANDS IN THE POT.

18           NOW, THEY WEREN'T CHARGED.  THEY WERE CHARGED

19   CIVILLY.  MS. GROSNICKLE IS ON THE HOOK FOR A CERTAIN AMOUNT

20   OF MONEY, BUT I DON'T KNOW IF THOSE INDIVIDUALS ARE ONES TO BE

21   HELD RESPONSIBLE FOR THE MISSING MONEY.

22           MR. CAO, I THINK THE EVIDENCE SHOWED THAT HE WAS ONE

23   OF THE MAIN PEOPLE IN THIS SCHEME, BUT THERE WERE OTHER

24   INDIVIDUALS WHO WERE VERY MUCH INVOLVED.

25           IN FACT, SOME OF THE INVESTORS THAT WE SPOKE TO

1   DIDN'T MEET MR. CAO UNTIL WELL INTO THEIR INVESTMENT, WERE

2   DEALING MOSTLY WITH MS. LUDY GROSNICKLE, WERE DEALING WITH

3   OTHER INDIVIDUALS THAT WERE HOLDING THE SEMINARS UNTIL MR. CAO

4   WOULD COME TO THE BIG HYATT MEETINGS.  SO THERE WERE OTHER

5   PEOPLE THAT WERE INVOLVED IN IT.

6       WE DON'T KNOW -- MR. CAO, THE ONE THING I THINK HE

7   WANTED TO DO WHEN THIS STARTED -- AND MAYBE THERE WAS A NUMBER

8   OF MOTIVES, BUT HE DID WANT TO GET PEOPLE'S MONEY BACK.  WHEN

9   HE MOVED THAT MONEY IN CONTRAVENTION TO THE COURT ORDER, IT

10  WAS TO PAY PEOPLE BACK.  AND PEOPLE WERE GETTING RETURNS

11  DURING THAT PERIOD, IF MY RECOLLECTION IS CORRECT.  IT'S NOT

12  THAT HE TOOK THAT MONEY AND USED IT FOR HIMSELF.  HE WANTED TO

13  GIVE SOME OF THOSE PEOPLE THEIR MONEY BACK.

14      BUT THEN IT WAS -- BECAUSE THEY HADN'T SEIZED THAT

15  ACCOUNT YET, AND SO PAYMENTS WERE STILL MADE OUT TO

16  INDIVIDUALS.  SO THAT MONEY, WHEN HE WENT AGAINST THE COURT

17  ORDER, WAS TO STILL MAKE PAYMENTS TOWARD THAT.

18      I THINK THE GOVERNMENT WOULD HAVE FOUND SOME

19  TRANSACTIONS OF MONEY GOING OVERSEAS FROM ONE ACCOUNT OR

20  ANOTHER.  THERE WERE A NUMBER OF ACCOUNTS, BUT THERE IS NO

21  EVIDENCE THAT ANY MONEY OTHER THAN THAT WIRE TRANSFER WENT

22  OVERSEAS.

23      THE COURT:  LET'S ASSUME IT DIDN'T GO OVERSEAS.

24  IT'S JUST AN INCREDIBLY LARGE AMOUNT OF MONEY TO HAVE NO

25  ACCOUNTING FOR IT.  YOU CAN'T POINT TO ANYBODY THAT HAS IT.

1    THERE'S NO ASSETS THAT ARE REPRESENTED BY IT.  I'M WONDERING

2    WHAT HAPPENED TO IT.  IT DIDN'T VAPORIZE.  THAT'S WHAT MAKES

3    ME SUSPICIOUS.

4          MAYBE THE SUSPICION RAN RAMPANT WHEN I SAID IT WAS

5    OVERSEAS.  THERE'S SOME BASIS FOR INFORMED SPECULATION BECAUSE

6    HE'S SENDING MONEY TO HONG KONG.  HE IS.  YOU'RE RIGHT THAT IF

7    THE GOVERNMENT LOOKED AT THIS VERY CAREFULLY, THEY PROBABLY

8    WOULD HAVE FOUND OTHER WIRE TRANSFERS, BUT MAYBE NOT.  MAYBE

9    HE WAS DOING IT IN SOME CONVOLUTED WAY THAT THEY COULDN'T

10   DETECT.

11         THE POINT IS I DON'T KNOW WHAT'S HAPPENED TO THE

12   MONEY.  I THINK MR. CAO KNOWS.  HE'S IN THE BEST POSITION TO

13   KNOW.  AND I WOULD HAVE HOPED THAT, YOU KNOW, WE WOULD HAVE

14   HAD AN EXPLANATION FOR THAT.

15         IF THERE'S MONIES SQUIRRELED AWAY SOMEWHERE, A

16   PROMISE TO COME FORWARD WITH THAT MONEY AND PAY THESE

17   INVESTORS BACK SOME PENNIES ON THEIR DOLLARS THAT THEY LOST,

18   THEN IT WOULD BE A DIFFERENT CASE IN MY JUDGMENT,

19   MS. BETANCOURT.  THEN I WOULD SAY, "OKAY.  THIS RECOMMENDATION

20   THE UNITED STATES MADE IS VERY, VERY HARSH."

21         IT IS HARSH.  IT'S A LONG TIME.  I CAN'T EVEN

22   CONCEIVE OF MR. CAO AT 30 YEARS OLD SPENDING 40 YEARS IN

23   CUSTODY.  BUT I'M ALSO BUFFETED, I HAVE TO TELL YOU, BY THE

24   FEAR THAT HE'S GOT MONEY SQUIRRELED AWAY SOMEWHERE, THAT I

25   IMPOSE SOME SENTENCE AND HE DOES THAT TIME AND THEN HE GETS

12

1    OUT AND HE'S GOT MILLIONS OF DOLLARS THAT HE STOLE FROM

2    PEOPLE.

3         MS. BETANCOURT:  I DON'T THINK THAT THAT'S GOING TO

4    BE POSSIBLE FOR HIM TO AVOID DETECTION IF THAT IS THE CASE.

5    ONE, BECAUSE HE'LL BE ON SUPERVISED RELEASE FOR AT LEAST

6    THREE YEARS FOLLOWING ANY SENTENCE THAT THIS COURT IMPOSES.

7    HE'LL THEN BE ON THE HOOK FOR RESTITUTION, AND I CAN'T IMAGINE

8    THAT THE GOVERNMENT WOULD NOT HAVE A CLOSE EYE ON ANY

9    FINANCIAL TRANSACTIONS MADE BY MR. CAO OR MONEY THAT HE'S ABLE

10   TO GET TO TO LIVE A LAVISH LIFESTYLE.

11        THE COURT:  IS HE PREPARED TODAY TO SPEAK TO THIS

12   QUESTION?

13        MS. BETANCOURT:  I DON'T KNOW THAT THERE'S AN ANSWER

14   THAT HE CAN GIVE, YOUR HONOR.

15        THE COURT:  HE'S IN THE BEST POSITION,

16   MS. BETANCOURT.  YOU AND I CAME ON TO THIS LONG AFTER THESE

17   EVENTS OCCURRED.  WE'VE HAD TO RECONSTRUCT WHAT HAPPENED.  BUT

18   HE KNEW.  HE WAS THERE.  HE'S GOT A HISTORICAL CONNECTION TO

19   ALL THESE EVENTS.  IF ANYONE CAN TELL ME WHAT HAPPENED TO THE

20   MONEY, MR. CAO CAN, I WOULD THINK.

21        NOW, I UNDERSTAND HE WENT TO A JURY TRIAL.  HE

22   RETAINS SOME 5TH AMENDMENT PROTECTION HERE.  BUT I'M TELLING

23   YOU THAT SOME ACCOUNTING FOR THAT, SOME CREDIBLE EXPLANATION,

24   IF IT'S OUT THERE, A WILLINGNESS TO PAY IT BACK AFFECTS MY

25   SENTENCING JUDGMENT ON THIS CASE.  I JUST -- I'M NOT INCLINED

TO SHOW A LOT OF LENIENCY IF THERE'S A BIG AMOUNT OF MONEY OUT

THERE THAT, AS I SAID, HE'S SQUIRRELING AWAY WHILE PEOPLE ARE

SUFFERING.

YOU READ THE PRESENTENCE REPORT, I'M SURE.  AND

MR. CAO READ IT.  THERE'S REAL LIFE DAMAGE THAT WAS DONE TO A

LOT OF PEOPLE.  PEOPLE CAN'T SEND KIDS TO COLLEGE NOT BECAUSE

OF THIS.  PEOPLE LOST THEIR HOMES.  PEOPLE WHOSE 401K WENT

POOF AND THEY'RE GOING TO HAVE TO WORK INDEFINITELY.

MS. BETANCOURT:  I UNDERSTAND THAT THERE ARE

INVESTORS HERE THAT -- SOME OF THEM TURNED OUT TO BE VICTIMS.

THERE'S ALSO PEOPLE WHO WERE ABLE TO REMODEL THEIR KITCHENS,

WHO WERE ABLE TO GO ON VACATIONS.  THERE ARE ALSO INDIVIDUALS

WHO PROFITED FROM THIS.

I'M NOT SAYING THAT I DON'T FEEL FOR THE INVESTORS

THAT LOST MONEY, BUT THE INVESTORS HERE, I BRING THIS BACK TO

THEY WEREN'T A TARGETED GROUP NECESSARILY COMPARED TO MANY OF

THE OTHER CASES WHERE SIGNIFICANT SENTENCES HAVE BEEN HANDED

OUT OR EVEN LESSER SENTENCES THAN TEN YEARS HAVE BEEN HANDED

OUT.

THERE WERE INDIVIDUALS THAT CAME THROUGH WORD OF

MOUTH THROUGH HEARING THAT THEY COULD MAKE MONEY AND ALWAYS

SIGNING THESE DOCUMENTS KNOWING.  WE HAD COLLEGE-EDUCATED

INDIVIDUALS LIKE MS. KIMBERLY SUMMITT, WHO WAS A

PHARMACEUTICAL REP WHO KNEW -- A VERY SMART INDIVIDUAL.

THEY ALL KNEW WHAT THEY COULD DO.  THEY KNEW THAT

1    THEY COULD GO SPEAK TO INDIVIDUALS ABOUT THESE INVESTMENTS,

2    BUT CHOSE TO GO IN WITH EYES WIDE OPEN I THINK.  SOME OF THEM

3    DID LOSE, BUT A LOT OF THEM DID GAIN.

4           THE COURT:  HE'S GOT FORGED DOCUMENTS WITH THE WELLS

5    FARGO LOGO THAT HE ADMITS THAT HE FORGED.  AND HE'S SHOWING

6    THEM TO PEOPLE AND PEOPLE LOOK AT THIS AND SAY, "YES, THIS

7    LOOKS LEGIT TO ME.  THIS INVESTMENT'S BACKED BY GOLD, AND IT'S

8    BACKED BY WELLS FARGO."  EVEN PEOPLE WHO ARE MAYBE MORE

9    SOPHISTICATED ARE LURED IN, AND THAT'S WHAT HAPPENED HERE.

10          I PUT NO BLAME ON THESE PEOPLE.  I DON'T THINK THAT

11   THE PEOPLE THAT INVESTED WERE GREEDY NECESSARILY OR BEING

12   IRRESPONSIBLE ABOUT THIS.  THEY GOT LULLED IN.  AND IF THERE

13   WAS RESISTANCE, HE OVERCAME THAT WITH MORE FALSE PROMISES AND

14   THEN PHONYING UP THESE DOCUMENTS THAT LOOKED VERY LEGITIMATE.

15   THIS IS ON HIM, MS. BETANCOURT.  IT REALLY IS.

16          MS. BETANCOURT:  YOUR HONOR, AT THIS POINT IT IS.

17   THE JURY HAS CONVICTED HIM, AND WE'RE AT THE SENTENCING POINT

18   NOW.

19          BUT I WANT TO NOW REFER THE COURT TO THE LETTER --

20   THE THIRD LETTER I GAVE THE COURT TO READ.  THIS IS FROM

21   MS. PABALAN, WHO IS ATTENDING MEETINGS WITH MR. RON MACUTAY.

22          NOW, I POINT THIS OUT BECAUSE THIS IS AN INDIVIDUAL

23   WHO SUPPOSEDLY WAS RECEIVING THE MONEY OFFSHORE.  AND THERE

24   WAS A WHOLE DISCUSSION ABOUT THAT BANK GUARANTY, IF THE COURT

25   RECALLS, THAT THE GOVERNMENT PROVED OR SHOWED TO THE JURY THAT

1    IT WAS A FALSE GUARANTY.

2         BUT THIS IS THE INDIVIDUAL THAT WAS SELLING THAT TO

3    MR. CAO.  I JUST -- MR. MACUTAY CONTINUES TO GO OUT AND IS

4    SELLING INVESTMENTS TO INDIVIDUALS, AND PEOPLE STILL CONTINUE

5    TO GO.

6         THE COURT:  MAYBE HE'S THE NEXT TARGET OF A

7    GOVERNMENT INVESTIGATION.

8         I DON'T PUT MUCH STOCK IN THIS.  THIS GUY'S TELLING

9    ME ABOUT REPRESENTATIONS THAT ARE MADE AFTER MR. CAO HAS BEEN

10   CONVICTED BY A JURY AND THIS WHOLE THING'S BEEN AIRED.  AS FAR

11   AS I KNOW, THIS FELLOW WAS NEVER IN THE GALLERY WHEN THE CASE

12   WAS BEING TRIED TO KNOW WHAT THE EVIDENCE WAS.

13        MS. BETANCOURT:  I'M NOT POINTING IT OUT TO SAY THAT

14   HE'S SAYING THAT MR. CAO HAD NOTHING TO DO WITH IT.  WHAT I'M

15   SAYING IS I MOST LIKELY THINK HE'S SAYING THAT SO HIS NAME

16   DOESN'T GET CONNECTED TO MR. CAO.

17        THE COURT:  PROBABLY.

18        MS. BETANCOURT:  WHAT I POINTED OUT IS THAT THIS

19   INDIVIDUAL IS THE ONE THAT WAS TRYING TO GET MR. CAO TO INVEST

20   HIS INVESTORS' MONEY IN THIS BANK GUARANTY.

21        SO THERE WERE A LOT PEOPLE WHO WERE WANTING INVESTOR

22   MONEY IN THIS CASE.  MR. CAO DEALT WITH A NUMBER OF

23   INDIVIDUALS.  SOME OF THEM, LIKE MR. MACUTAY, CONTINUE TO TRY

24   TO SEEK OUT INVESTMENTS.  I'M NOT SAYING THAT MR. CAO

25   NECESSARILY WAS AN INNOCENT VICTIM HIMSELF IN THIS CASE, BUT

16

1   THAT THERE WERE OTHER INDIVIDUALS WHO WERE JUST AS GREEDY AND

2   WERE TRYING TO TAKE HIM BECAUSE THEY KNEW THAT THERE WAS A

3   BASE THERE.  THAT'S WHY I BRING THIS LETTER TO THE COURT'S

4   ATTENTION.

5         MR. CAO IS 30 YEARS OLD.  HE'S NOT GOING TO -- EVEN

6   WITH A TEN-YEAR SENTENCE, HE WON'T REALLY BE ABLE TO ENJOY HIS

7   DAUGHTER DURING HER EARLY YEARS AND I THINK VERY FORMATIVE

8   YEARS.  HE'S NOT AN INDIVIDUAL WHO WAS LIVING A LAVISH

9   LIFESTYLE.

10        AS THE COURT CAN SEE FROM THE LETTERS FROM HIS AUNTS

11  AND HIS COUSINS, HE'S A VERY WELL-LOVED INDIVIDUAL.  HE'S A

12  QUIET PERSON.  HE WAS INCREDIBLY QUIET DURING THE TRIAL.  HE

13  NEVER ONCE TRIED TO DELAY THIS MATTER.  I THINK THAT THAT'S

14  SOMETHING THAT THE COURT SHOULD CONSIDER.

15        IF MR. -- I KNOW THAT THERE ARE SOME ACTIONS THAT

16  MR. CAO TOOK PRIOR TO THIS INDICTMENT BEING BROUGHT AND HIM

17  BEING BROUGHT INTO CUSTODY FOR THIS CASE AND THIS CASE

18  PROCEEDING TO TRIAL, BUT HE NEVER ONCE TRIED TO DELAY THIS

19  MATTER.  I KNOW THAT HE WOULDN'T HAVE BEEN ABLE TO IN THIS

20  COURTROOM.

21        BUT THERE WAS NEVER ANY PRETENSE BY HIM ABOUT

22  WANTING TO DELAY THIS OR WANTING TO CONTINUE THE SENTENCING.

23  THE REQUEST MADE TO CONTINUE THIS TWO WEEKS WAS ON MY

24  BEHALF -- OR WAS MADE BY ME AND NOT MR. CAO BECAUSE WE WANTED

25  TO INVESTIGATE SOMETHING.

1          I THINK THE THINGS THAT WERE DONE WITH THE LIENS,

2     THE THINGS THAT WERE GOING ON WITH THE THREATS, I THINK THAT

3     WAS BECAUSE THINGS WERE STARTING TO COME TO A HEAD AND FALL

4     APART.  WHAT HE WANTED MOST WAS TO NOT LOSE THE INVESTORS'

5     MONEY.

6          SOME OF IT HAD ALREADY BEEN LOST AT THAT POINT

7     THROUGH VEST AMERICA AND THOSE INVESTMENTS, AND HE KNEW THAT

8     HE -- HE WAS TRYING TO SAVE IT, AT LEAST THAT'S MY READING OF

9     WHAT WAS GOING ON.

10         I CAN SPEAK TO MR. CAO FOR A MINUTE IF THE COURT

11    WOULD ALLOW ME THOSE MINUTES.

12         THE COURT:  I WOULD, YES.  I WANT TO -- I'M REALLY

13    INTERESTED IN WHAT HE HAS TO SAY ABOUT THE 10 TO 11.5 MILLION

14    THAT'S UNACCOUNTED FOR.

15         MS. BETANCOURT:  MAY I ASK THE MARSHAL TO STEP BACK

16    THREE STEPS SO I CAN SPEAK TO HIM?

17         THE COURT:  YES.

18         (DISCUSSION BETWEEN DEFENDANT AND COUNSEL)

19         MS. BETANCOURT:  YOUR HONOR, MR. CAO IS WILLING TO

20    SPEAK TO THE COURT.  HOWEVER, HE WOULD ASK THAT IT WOULD BE

21    OUTSIDE THE PRESENCE OF THE GALLERY.  THE GOVERNMENT CAN

22    REMAIN, BUT IF WE COULD HAVE JUST THE COURT'S STAFF AND THE

23    GOVERNMENT.

24         THE COURT:  CAN'T DO THAT.

25         MR. CAO, I CAN'T DO THAT.  THIS IS A PUBLIC

1    COURTROOM.  THIS IS A PUBLIC PROCEEDING.  THERE'S GREAT

2    INTEREST IN THIS.

3            NOW, IF YOU WANT TO SCALE BACK WHAT YOU HAVE TO SAY,

4    THAT'S FINE.  I'M VERY INTERESTED IN HEARING FROM YOU ON THAT.

5    AND AS YOU'VE HEARD ME SAY SEVERAL TIMES NOW, THAT AFFECTS MY

6    SENTENCING JUDGMENT.  IF YOU WANT TO SPEAK TO IT, YOU CAN.

7    YOU DON'T HAVE TO.  YOU HAVE A 5TH AMENDMENT PROTECTION THAT

8    CONTINUES ON HERE.  I ANTICIPATE THAT THERE WILL PROBABLY BE

9    AN APPEAL FILED, AND THINGS THAT YOU SAY HERE CONCEIVABLY IF

10   THERE'S A NEW TRIAL OR SOMETHING COULD BE USED AGAINST YOU.

11           NOW, HAVING SAID THAT, I THINK YOU GOT A FAIR TRIAL

12   HERE.  IT WAS A MIXED VERDICT.  AND YOUR LAWYERS PERFORMED

13   VERY, VERY WELL.  AND SO I DON'T KNOW ON WHAT BASIS YOU'D

14   APPEAL.  BUT I HAVE TO TELL YOU THAT THINGS YOU SAY

15   CONCEIVABLY COULD BE USED AGAINST YOU.

16           I WANT TO TELL YOU THAT THEY COULD ALSO BE USED IN

17   YOUR FAVOR, TOO.  IF YOU IDENTIFY WHERE THE MONEY IS AND SOME

18   MONEY COMES BACK IN, THAT'S GOING TO AFFECT THE SENTENCE THAT

19   I IMPOSE IN THIS CASE.

20           AS I'VE SAID TO YOU, I JUST DON'T UNDERSTAND WHAT'S

21   HAPPENED TO THIS GREAT BULK OF MONEY.  IF THAT MONEY WERE TO

22   WASH BACK IN, I'D SEE THIS CASE DIFFERENTLY THAN I DO NOW,

23   WHICH IS AT THIS POINT A TOTAL LOSS.  SO IT'S UP TO YOU.  IF

24   YOU WANT TO SPEAK TO THOSE THINGS --

25           THE DEFENDANT:  DO YOU WANT ME TO SPEAK RIGHT NOW?

```
1              THE COURT:  DO YOU WANT TO MOVE BEHIND THE LECTERN?
2              THE DEFENDANT:  WELL, I JUST WANT TO REITERATE YOUR
3    QUESTION MAINLY WAS I THINK WHAT THE RECEIVER MAY HAVE
4    TESTIFIED TO WAS THERE WAS IN BETWEEN $10 TO $12 MILLION THAT
5    WAS MISSING AFTER ALL THE ACCOUNTING WAS DONE.
6              THE COURT:  RIGHT, AND THEN LOST.
7              THE DEFENDANT:  YEAH.
8              IF EVERYONE'S IN AGREEMENT, I THINK THERE WAS -- THE
9    TOTAL AMOUNT OF INVESTMENT IS SOMEWHAT CORRECT OR VERY CLOSE
10   TO CORRECT, WHICH IS BETWEEN $19 AND $20 MILLION TOTAL THAT
11   WENT IN.  AND THIS STARTED PROBABLY AROUND 2005 AND ENDED
12   AROUND 2007.  THAT WAS ALL PRETTY MUCH ONE LUMP SUM IF YOU'RE
13   GOING TO ADD EVERY ACCOUNT TOGETHER FROM AROUND 2005 ALL THE
14   WAY TO THE ACCOUNTS STARTED IN 2007.
15             THERE WERE PURCHASES MADE, AND I BELIEVE THE
16   PURCHASES THAT WERE MADE AT THOSE POINTS IN TIME WERE
17   PURCHASES MADE FROM PROFITS, NOT NECESSARILY MADE FROM
18   INVESTOR FUNDS.  BECAUSE A LOT OF THE PROFITS THAT WERE
19   RECEIVED WERE NOT RECEIVED IN THE ACCOUNTS.  THEY WERE
20   RECEIVED IN CASH.
21             THE COURT:  WHAT PURCHASES ARE YOU TALKING ABOUT,
22   THE BENTLEY AND THE WATCH?
23             THE DEFENDANT:  NO.  THOSE WERE MADE FROM THE
24   ACCOUNTS.  AS THE ACCOUNTING WAS DONE, THE ACCOUNTING -- IT
25   WAS ALREADY ACCOUNTED FOR AS PROFITS, ALTHOUGH THERE WAS
```

1    ALREADY CASH PUT ASIDE.

2            NOW, BETWEEN -- I WOULD SAY AROUND 2006 -- AROUND

3    THE MIDDLE OF 2006 IS WHEN BUSINESS STARTED GETTING WORSE AND

4    WORSE.  WITHIN TWO OR THREE MONTHS, PRETTY MUCH ALL THE

5    PROFITS WERE GONE.  AND THAT WAS AFTER ANY MAJOR PURCHASES

6    WERE MADE, TO MY BEST RECOLLECTION.  AND NOT ONLY WERE PRETTY

7    MUCH MOST OR ALL THE PROFITS GONE, PRETTY MUCH THE PRINCIPAL

8    WAS PRETTY MUCH GONE AS WELL.

9            I'M SOMEWHAT UNCOMFORTABLE NAMING NAMES RIGHT NOW

10   BECAUSE I WOULD FEEL UNCOMFORTABLE FOR MY OWN SAFETY, BUT

11   OUTSIDE OF THE PURCHASES, I WOULD GUESS THE PURCHASES THAT I

12   WOULD HAVE MADE, WHICH I BELIEVE TO BE PROFITS AT THE TIME OF

13   THOSE ACCOUNTINGS, WOULD BE MAYBE A MILLION DOLLARS AT MOST.

14           THE REMAINING $9 OR $10 MILLION OR $11 MILLION

15   MISSING WERE -- THE BEST WAY TO DESCRIBE IT IS I GOT SCAMMED

16   OUT OF IT.  AT THE TIME -- I STILL DO NOW.  I FEEL HORRIBLE

17   BECAUSE I SHOULD HAVE USED BETTER JUDGMENT IN INVESTIGATING

18   THE TYPES OF INVESTMENTS THAT THESE PEOPLE TRUSTED ME TO

19   INVEST THEIR HARD-EARNED LABOR WITH.

20           SO IT'S BEEN KIND OF SLOWLY KILLING ME EVER SINCE

21   ALL THE PROBLEMS STARTED IN 2006 BECAUSE I'M NOT USED TO,

22   WHETHER IT BE WILLINGLY OR INADVERTENTLY, BETRAYING PEOPLE'S

23   TRUST.  AND IT'S KIND OF LIKE A HOLE THAT I COULDN'T GET OUT

24   OF BY MYSELF.  I DIDN'T KNOW WHO TO CALL FOR HELP.

25           JUST TO ANSWER THE ORIGINAL QUESTION, WHERE DID THE

1    REMAINING $9 OR $10 OR $11 MILLION GO, IF WE TAKE AWAY

2    PROBABLY THE $1 TO $2 MILLION THAT I MAY HAVE SPENT, I DON'T

3    HAVE THE ACCOUNTING IN FRONT OF ME, BUT IT WAS OTHER PEOPLE

4    THAT TOOK IT.

5            TO SAY THEY STOLE IT, THAT MIGHT BE A LITTLE STRONG,

6    BUT I WOULD SAY IT WAS THEFT BY DECEPTION.  I SHOULD NOT HAVE

7    LET THAT HAPPEN.  THAT'S WHY I DON'T REALLY WANT TO POINT THEM

8    OUT.

9            THE COURT:  IS THERE A RECORD OF THE MONEY GOING TO

10   THESE PEOPLE?

11           THE DEFENDANT:  IT ALL OCCURRED WITHIN THOSE BANK

12   ACCOUNTS.

13           THERE WAS CASH LENT OUT AS WELL.

14           THE COURT:  HERE'S WHAT I DON'T GET:  THE RECEIVER

15   HAD A FORENSIC ACCOUNTANT WHO TESTIFIED AT THE TRIAL.  THESE

16   GOVERNMENT LAWYERS AND THE STAFF OF PEOPLE FROM SEC AND THE

17   OTHER AGENCIES THAT INVESTIGATED THIS ARE ALL VERY

18   SOPHISTICATED PEOPLE WHO CAN READ THE ACCOUNT, AND THEY KNOW

19   HOW TO TRACE THE MONEY.  AND NO ONE CAN FIND IT.  YOU SAY IT

20   WENT OUT THROUGH THESE NORMAL CHANNELS.  THERE WOULD BE A

21   RECORD OF IT, THEN.  THEN I WOULDN'T HAVE THIS QUESTION.

22           THE DEFENDANT:  I CERTIFY TO THAT 100 PERCENT.  IT

23   CAME OUT OF THE ACCOUNTS, AND IT CAME OUT IN CASH.  THERE ARE

24   NO HIDDEN ACCOUNTS OUT THERE THAT I KNOW OF.  I HAVE NEVER

25   BEEN ABLE TO REVIEW THE WORK THAT THEY DID.

1          THE COURT:  THE WORK THAT --

2          THE DEFENDANT:  THAT THE RECEIVER DID.

3          THE COURT:  WELL, YOU'VE GOT THE REPORT; RIGHT?

4          THE DEFENDANT:  NO, I DO NOT.

5          THE COURT:  WELL, YOUR LAWYERS HAD THIS REPORT THAT

6    THE FORENSIC ACCOUNTANT TESTIFIED AT TRIAL, AND THERE WAS

7    EXTENSIVE TESTIMONY ABOUT TRACING THE MONEY, AND THERE WAS

8    JUST NO ACCOUNTING FOR THIS.

9          YOU SAY IT WENT OUT THROUGH CHANNELS.  THERE WOULD

10   BE A RECORD OF IT.  THE BANK DOESN'T SHOW ANY RECORD OF THIS

11   MONEY GOING OUT.  OTHERWISE, THEY WOULD HAVE BEEN ON TOP OF

12   IT.  THEY WOULD HAVE BIRD-DOGGED IT.  YOU KNOW HOW THAT WORKS.

13         THE DEFENDANT:  WELL, I REALLY NEVER MET WITH THE

14   RECEIVER IN THE FIRST PLACE, BUT I COULD HAVE EASILY POINTED

15   THAT OUT, WHERE EVERYTHING WENT.

16         THE COURT:  WELL, OKAY.

17         MS. BETANCOURT, ANYTHING ELSE?

18         MS. BETANCOURT:  NO, YOUR HONOR.  I THINK WE LAID IT

19   OUT IN OUR SENTENCING MEMORANDUM.  I DON'T KNOW THAT WE CAN DO

20   ANYTHING ELSE TO ANSWER THE COURT'S QUESTION AS TO WHERE THE

21   MONEY IS AT.  I THINK THERE WAS A LOT OF MONEY.  HE -- A LOT

22   OF THE MONEY WAS SENT OUT IN CASH, WAS PAID OUT IN CASH, WAS

23   LOANED OUT IN CASH.  HOW MUCH THAT REALLY ACCOUNTS FROM THE

24   $9 TO $11 MILLION IS UNCLEAR, BUT --

25         THE COURT:  WHO DID IT GO TO?

1          MS. BETANCOURT:  INDIVIDUALS THAT MR. CAO FOR QUITE

2    SOME TIME HAS NOT WANTED TO NAME, YOUR HONOR, AND HAS

3    EXPRESSED THE SAME HERE TO US FROM THE BEGINNING.

4          THE COURT:  I MEAN, MR. CAO, YOU REALIZE THAT YOU'RE

5    IN A POSITION THAT IF YOU CAN NAME NAMES AND THEY CAN TRACE

6    THIS MONEY AND GET SOME OF IT BACK, THAT'S GOING TO GO TO YOUR

7    BENEFIT; RIGHT?  IF YOU SAY, YOU KNOW, "LOOK, SO-AND-SO GOT A

8    MILLION BUCKS," THEN THE AUTHORITIES ARE GOING TO GO AFTER

9    SO-AND-SO AND TRY TO GET THE MILLION BACK.

10          IF IT'S ILL-GOTTEN PROCEEDS FROM THIS THING THAT YOU

11    TRANSFERRED TO SOMEBODY AND IT GOES BACK INTO THE INVESTORS'

12    ACCOUNT, THEN YOU, IN MY JUDGMENT AT LEAST -- AND I'M THE GUY

13    SENTENCING YOU -- YOU'RE GOING TO GET CREDIT FOR THAT.

14          SO I DON'T KNOW WHY YOU WOULDN'T WANT TO TELL -- SIT

15    DOWN WITH THE INVESTIGATORS ON THIS CASE AND SAY, "OKAY.  A

16    MILLION WENT HERE.  2 MILLION WENT HERE.  CHECK THIS GUY OUT.

17    HE'S GOT SOME OF IT."  BECAUSE THAT HELPS YOU.  THAT HELPS

18    YOU.

19          NOW, AGAIN, IT'S UP TO YOU.

20          WELL, LET ME HEAR GENERALLY FROM YOU.  I'M HAPPY TO

21    HEAR WHATEVER YOU HAVE TO SAY, MR. CAO, WHATEVER STATEMENT YOU

22    WANT TO MAKE TODAY.

23          THE DEFENDANT:  OH, THE LAST STATEMENT, LIKE AN

24    ALLOCUTION?

25          THE COURT:  YEAH.

1           THE DEFENDANT:  WELL, JUST TO ANSWER THAT LAST

2    QUESTION, I WISH I COULD, BUT I REALLY -- I CAN'T CONSENT TO

3    THAT.  I CAN'T CONSENT TO REVEALING ANY --

4           THE COURT:  I DON'T KNOW WHY.  THESE GUYS WANT YOU

5    TO GO TO PRISON FOR 40 YEARS.  THAT'S A LONG TIME, MR. CAO.

6    IF I WERE IN YOUR SHOES, I'D BE DOING ANYTHING I COULD TO MAKE

7    THIS THING RIGHT, TO TRY TO MAKE THIS BETTER.  IT'S CLEAR THAT

8    NOT EVERYBODY'S GOING TO GET THEIR MONEY BACK.  I GET THAT.  I

9    DON'T THINK THE INVESTORS ARE NAIVE ABOUT THAT.

10          BUT WHAT IS IT, A MATTER OF PRINCIPLE THAT YOU TELL

11   ME "I JUST CAN'T NAME THESE NAMES"?  IF YOU'RE WORRIED ABOUT

12   YOUR SAFETY, THEY CAN PROTECT YOU.  BUT IF THERE'S A WAY TO

13   TRACE THESE FUNDS AND GET THEM BACK FROM PEOPLE AND GET THEM

14   BACK TO THE PEOPLE WHO DESERVE IT, THEN YOU OUGHT TO EMBRACE

15   THAT.

16          THE DEFENDANT:  I WISH I COULD, BUT I CAN'T CONSENT

17   TO THAT.

18          THE COURT:  WELL, ALL RIGHT.  I'M TELLING YOU MAN TO

19   MAN THAT MAKES A DIFFERENCE TO ME.  IT MAKES A DIFFERENCE IF

20   YOU COULD BE THE INSTRUMENT IN GETTING SOME OF THIS MONEY BACK

21   TO THESE PEOPLE, THEN I WOULD GO EASIER ON YOU.  THAT JUST

22   MAKES SENSE.  YOU'RE TRYING TO MAKE THIS THING RIGHT.

23          WHAT'S THE REASON THAT YOU CAN'T CONSENT TO IT?

24          THE DEFENDANT:  I BELIEVE I CAN DO IT WITHOUT THE

25   HELP OF THE UNITED STATES.  I JUST NEVER HAD A CHANCE TO DO IT

25

1      WITHOUT THEIR INTERFERENCE.

2                  THE COURT:  I DON'T KNOW, MR. CAO.  YOU'RE GOING TO

3      BE IN JAIL.  YOU'RE NOT GOING TO HAVE ANY LEVERAGE IN JAIL.

4      SO I DON'T KNOW HOW YOU'RE GOING TO DO THIS WITHOUT THE HELP

5      OF THE UNITED STATES.  THEY'VE GOT AGENCIES WITH FORENSIC

6      ACCOUNTANTS, PEOPLE THAT CAN GO KNOCK ON DOORS.  THEY CAN

7      SUMMON PEOPLE TO A GRAND JURY AND CONTINUE AN INVESTIGATION IF

8      THERE'S OTHER PEOPLE INVOLVED IN THIS AND PUT PRESSURE ON

9      PEOPLE TO BRING THE MONEY BACK IN.  YOU CAN'T DO THOSE

10     THINGS.

11                 THE DEFENDANT:  YEAH.  I REALLY CAN'T TRUST THEM TO

12     DO IT EITHER.

13                 THE COURT:  WELL, YOU KNOW WHERE I STAND ON THIS.

14     I'M HAPPY TO HEAR FROM YOU GENERALLY IN ALLOCUTION, AS YOU

15     SAY.

16                 THE DEFENDANT:  FOR AND ON THE RECORD, I WISH THINGS

17     COULD HAVE HAPPENED DIFFERENTLY.  I WISH WE DIDN'T REALLY HAVE

18     TO WASTE YOUR RESOURCES TO DO THIS TRIAL.  AND IN THE INTEREST

19     OF RECOMPENSATING OR COMPENSATING EVERYONE BACK WHO WAS

20     INJURED FROM THIS PROCESS, I CAN'T CONSENT TO ANYTHING.  I

21     CAN'T CONSENT TO ANY OF YOUR OFFERS, ANY FURTHER OFFERS AT ALL

22     BECAUSE I NEED TO SET THIS STRAIGHT FOR ALL THE PEOPLE THAT

23     WERE HARMED.

24                 THANK YOU.

25                 MS. BETANCOURT:  YOUR HONOR, IF I CAN JUST MAKE A

1    COUPLE MORE POINTS VERY BRIEFLY.

2             I WOULD LIKE TO POINT OUT TO THE COURT THAT MR. CAO

3    IS STILL FACING FEDERAL CHARGES ON THE LIENS THAT WERE FILED.

4    SO HE STILL HAS A PENDING CASE IN NEVADA.

5             THE COURT:  I WASN'T ASKING HIM ABOUT THAT.  I'M

6    SAYING THAT THAT AFFECTED HIS ABILITY TO ANSWER THE QUESTIONS

7    I PUT TO HIM.  THAT HAS TO DO WITH THE PHONY LIENS.  WHO KNOWS

8    WHAT'S GOING TO HAPPEN ON THAT.

9             MS. BETANCOURT:  I JUST WANT TO POINT THAT OUT

10   BECAUSE THE COURT HAD RAISED THAT POINT AS HIM BEING

11   OBSTRUCTIVE IN THE BEGINNING.  BUT HE'S FACING CHARGES FOR

12   THAT, IS WHAT I WANTED TO POINT OUT TO THE COURT.  THERE'S

13   STILL A POTENTIAL SENTENCE HE WILL BE FACING.

14            THE COURT:  IT'S A NUISANCE, BUT IT'S SMALL POTATOES

15   COMPARED TO THE MONEY THAT WAS TAKEN HERE.

16            MS. BETANCOURT:  THE GOVERNMENT MAKES A BIG POINT AS

17   TO THAT.  THE GOVERNMENT DOESN'T IT AS A NUISANCE, BUT

18   SOMETHING THAT PEOPLE COULD HAVE BEEN INJURED FROM.

19            THE COURT:  WELL, THEY CAN.  IT'S NOT FUN TO BE

20   UNDER ONE OF THOSE THINGS.  I'VE HAD THAT HAPPEN TO ME.  LIKE

21   I SAID, IT'S A NUISANCE.  AS I PUT IT IN CONTEXT FOR YOU,

22   MS. BETANCOURT, IT WAS PART OF THE CONTINUING PATTERN OF

23   BELLIGERENT CONDUCT ON MR. CAO'S PART.

24            INSTEAD OF SAYING, "OKAY.  I GIVE.  THEY'RE ON TO

25   ME.  THEY'RE ON TO THING" -- I MEAN, HE KNEW WHAT HE'D DONE.

1   HE SAT DOWN WITH THE LAWYER WITH THE SEC AND ADMITTED PHONYING

2   UP THE WELLS FARGO DOCUMENT.  THE GIG WAS UP AT THAT POINT.

3   INSTEAD OF CEASING AND DESISTING AND TRYING TO MAKE THINGS

4   RIGHT, HE RATCHETED IT UP.  HE DID.  THAT'S AN AGGRAVATED PART

5   OF THIS CASE.

6           MS. BETANCOURT:  CORRECT.  I DON'T KNOW THAT AT THAT

7   POINT HE RATCHETED IT UP ANY FURTHER, FRAUD OR TAKING OF MONEY

8   FROM THE INVESTORS IN THAT CASE.

9           THE COURT:  I JUST DIDN'T LIKE THE APPROACH.  TO

10  TELL THAT ONE UNSOPHISTICATED GUY -- TO MOCK HIM IN THE

11  E-MAIL, CALL HIM A TURTLE, USED THE FOUL TONGUE IN THE THING

12  BACK TO HIM, ALL OF THAT STUFF WAS -- PORTRAYS A LEVEL OF

13  BELLIGERENCE ON MR. CAO'S PART.

14          YOU SHOULDN'T HAVE DONE THAT, MR. CAO.  YOU KNEW

15  THAT THAT GUY WAS RIGHTEOUS IN COMPLAINING ABOUT IT.  TO MOCK

16  HIM AND KIND OF RUB IT IN THAT HE'D LOST ALL THAT MONEY,

17  THAT'S -- I DON'T KNOW WHY YOU DID SOMETHING LIKE THAT.

18          MS. BETANCOURT:  THAT WAS ONE INVESTOR OUT OF THE

19  NUMBER OF INVESTORS THAT THE COURT HAS, YOUR HONOR.

20          THE COURT:  NO, I KNOW, MS. BETANCOURT.  WHAT I'M

21  SAYING IS IT WAS A PATTERN ON HIS PART.  TRYING TO HIDE THE

22  BENTLEY.  YOU SAY, "WELL, HE WAS TRYING TO GIVE THE MONEY

23  BACK."  HE WAS UNDER A FEDERAL COURT ORDER NOT TO MOVE ANY

24  MONEY AND HE DOES.  HE'S THE KIND OF GUY WHO'S GOING TO DO

25  WHAT HE WANTS TO DO.

1          TO SOME EXTENT, MR. CAO HAS BEEN RESPECTFUL TODAY.

2    YOU'RE RIGHT.  HE'S BEEN RESPECTFUL THROUGH THE TRIAL.  HE

3    DIDN'T TRY TO OBSTRUCT OR DELAY THINGS WITH ME.  BUT I DON'T

4    GET IT TODAY.  I DON'T UNDERSTAND THIS CRYPTIC STATEMENT THAT

5    "I CAN'T DO IT.  I DON'T TRUST THE GOVERNMENT TO DO IT."  THAT

6    DOESN'T MAKE ANY SENSE.

7          MS. BETANCOURT:  MR. CAO WILL POTENTIALLY BE, IF THE

8    GOVERNMENT GETS THEIR WAY, 40 YEARS IN PRISON.  SO I DON'T

9    THINK THAT THE GOVERNMENT CAN REALLY PROTECT HIM WHILE IN

10   CUSTODY.  I DON'T THINK HE WANTS TO SPEND THE REST OF HIS TIME

11   IN ADMINISTRATIVE SEGREGATION SO THAT HE'S PROTECTED.

12         THE COURT:  WHAT I'M TELLING HIM IS TANGIBLE,

13   MS. BETANCOURT.  I'M TELLING HIM IF HE MAKES THIS BETTER, IF

14   HE REMEDIATES THIS SITUATION TO SOME EXTENT, WHICH I THINK HE

15   CAN DO, THEN I'M NOT GOING TO LOWER THE BOOM ON HIM.

16         SO I'M TRYING TO GIVE HIM A CARROT, AND HE'S NOT

17   TAKING IT.  FRANKLY, IT'S HEAD-SCRATCHING TO ME.  IT'S BIZARRE

18   FOR HIM TO SAY, "WELL, I'M GOING TO DO THIS MYSELF.  I DON'T

19   TRUST THE GOVERNMENT TO DO IT."

20         HE'S A SMART GUY.  HE'S A VERY ARTICULATE GUY.  I

21   READ ALL ABOUT HIS BACKGROUND.  AMERICAN SUCCESS STORY;

22   BUSINESS DEGREE, HIS CERTIFICATIONS, SECURITIES DEALER.  SO HE

23   UNDERSTANDS WHAT I'M SAYING.  WE'RE SORT OF TALKING AROUND THE

24   EDGES OF THIS THING IN A LEVEL OF NAÏVETé THAT REALLY ISN'T

25   JUSTIFIED HERE.

1          HE'S IN A POSITION TO TELL THEM WHERE THE MONEY WAS

2     TRANSFERRED AND LET THEM FOLLOW THE MONEY AND TRY TO GET IT

3     BACK.  I CAN'T MAKE IT CLEARER THAT THAT WOULD AFFECT MY

4     SENTENCING JUDGMENT IF HE WERE WILLING TO DO THAT, BUT HE'S

5     UNWILLING.  I DON'T UNDERSTAND WHY.  I DON'T UNDERSTAND THE

6     CRYPTIC RESPONSE.

7          MS. BETANCOURT:  ALL I WOULD LIKE TO SAY, YOUR

8     HONOR, IS THAT HE DOES HAVE A BABY DAUGHTER.  HE WOULD RETURN

9     TO THE SAME HOME THAT INDIVIDUALS KNOW WHERE HE LIVES AT.  HE

10    WOULD LIVE IN THE SAME COMMUNITY.  AND THAT'S ALL I HAVE TO

11    SAY.

12         THE COURT:  MS. BETANCOURT, YOU AND I BOTH KNOW

13    THERE'S ALWAYS STEPS THAT CAN BE TAKEN.  AND, YOU KNOW, IF YOU

14    WANT -- THE ONE GUY WHO'S HAD ANY -- HAS EXHIBITED ANY

15    VIOLENCE OR THREAT OF VIOLENCE IN THIS CASE IS MR. CAO, NOT

16    OTHER PEOPLE.  I DON'T HAVE ACCOUNTS OF OTHER PEOPLE TALKING

17    ABOUT CHOPPING A BABY UP IN FRONT OF SOMEBODY IF THEY DON'T

18    GET THE MONEY BACK.  I DON'T HAVE OTHER PEOPLE WITH BODY ARMOR

19    OR FIREARMS.  THAT'S MR. CAO.

20         MS. BETANCOURT:  YOU DON'T KNOW THE OTHER

21    INDIVIDUALS WHO WERE INVOLVED IN THIS.

22         THE COURT:  NO, I DON'T.  LIKE I SAID, HE STANDS

23    CONVICTED.  I READ THE APPELLATE OPINION.  WHAT KIND OF PERSON

24    THREATENS THAT?  "DO WHAT I WANT OR I'M GOING TO KILL YOUR

25    FAMILY AND CHOP YOUR BABY UP IN FRONT OF YOU."

1          MS. BETANCOURT:  THE COURT SENTENCED HIM TO

2    PROBATION IN THAT CASE.

3          THE COURT:  I KNOW, BUT I'M FRUSTRATED WITH HIS

4    INTRANSIGENCE ON THIS.  I AM, BECAUSE I JUST THINK HE'S IN A

5    POSITION TO MAKE HIS SITUATION BETTER, AND HE WON'T EMBRACE

6    THAT.

7          ANYWAY, I APPRECIATE YOUR REMARKS, MS. BETANCOURT.

8          ON BEHALF OF THE UNITED STATES.

9          MR. ORABONA:  YOUR HONOR, I THINK YOU'VE HIT THE

10   NAIL WITH THE HAMMER; A PATTERN OF OBSTRUCTION AND

11   BELLIGERENCE.  YOU SEE IT TODAY.  YOU ASK THE DEFENDANT A

12   SIMPLE QUESTION, AND HE DANCES AROUND IT.  HE'S GOING TO

13   OBSTRUCT AT EVERY ANGLE HE CAN GET, EVEN TODAY WHEN YOU ASK

14   HIM "WHERE'S THE MONEY?"

15         YOUR HONOR, THE STATEMENT THAT THE MONEY WAS FOR

16   PROFITS, THERE WERE NO PROFITS.  WE LISTENED TO THE TESTIMONY

17   OF THE RECEIVER.  THE RECEIVER SAID THERE IS NO BUSINESS.

18   THERE WAS NO PROFITS, THIS CASH THAT HE ALLEGEDLY SPENT.  THEN

19   WHERE'S THE 12 MILLION?  IF HE SPENT A MILLION DOLLARS IN

20   CASH, THEN THERE WOULD BE 12 MILLION SITTING SOMEWHERE.  SO IS

21   HE NOW TELLING US THAT THERE'S MORE MONEY THAN WE SUSPECT THAT

22   IS LOST?

23         THE BANK ACCOUNTS THEMSELVES, THERE WERE OVER

24   60 BANK ACCOUNTS.  YOUR HONOR, IF I BROUGHT THE CHART IN HERE

25   THAT THE FEDERAL AGENTS PUT TOGETHER, I PROMISE YOU IT WOULD

1    TAKE ME AT LEAST THREE HOURS TO EXPLAIN IT TO THE COURT ON HOW

2    WE TRIED TO TRACE THE MONEY FROM THESE 60 DIFFERENT ACCOUNTS.

3    THOSE WERE JUST THE 60 ACCOUNTS THAT WE KNEW ABOUT.

4              SO THE FACT THAT MR. CAO IS TRYING TO SAY "WELL,

5    THIS MONEY WENT TO OTHER PEOPLE, OTHER PEOPLE HAD THIS MONEY,"

6    THAT'S JUST HOGWASH.  HE CONTROLLED ALL THE BANK ACCOUNTS.

7    ALL 60 BANK ACCOUNTS WERE ALL IN HIS NAME.  THE MONEY ALL WENT

8    THROUGH HIS HANDS.

9              IT'S SOMEWHERE.  AND THE UNITED STATES GOVERNMENT

10   DOESN'T KNOW WHERE, BUT HE DOES.  WE DO KNOW THAT $1.7 MILLION

11   WENT OVERSEAS.  WE DO KNOW THAT BASED ON AN ANALYSIS OF THOSE

12   RECORDS, THAT ABOUT $2.2 MILLION WAS TAKEN OUT OF ALL THOSE

13   ACCOUNTS IN VARIOUS CASH TRANSACTIONS, SUCH AS CASHIER'S

14   CHECKS AND THE LIKE.

15             AT THE TIME WHEN MR. CAO WAS FINALLY UNDER

16   INVESTIGATION AND KNEW ABOUT IT, WHEN HE TOOK THE MONEY OUT

17   AND HE SAYS "WELL, THE OTHER PEOPLE GOT IT," YES, HE PAID BACK

18   PEOPLE, BUT HE PAID BACK HIS FRIENDS.  HE PAID BACK LUDY

19   GROSNICKLE.  HE PAID BACK DOUG LORENZEN.  HE PAID BACK VERMEIL

20   AGUSTIN.  HE PAID THESE PEOPLE BACK FIRST WHEN HE WASN'T EVEN

21   SUPPOSED TO TAKE MONEY OUT OF THE ACCOUNT.

22             SO THE PEOPLE HE WAS PAYING BACK WERE NOT THE POOR

23   INVESTORS THAT WE PUT BEFORE YOUR HONOR, NOT THE 190 OR SO

24   PEOPLE LISTED ON THE RESTITUTION ORDER.  HE DIDN'T PAY THEM

25   BACK.  SO TO SUGGEST THAT THE MONEY WAS JUST LOST -- I MEAN,

1    HE'S RIGHT, HE DID LOSE $2 TO $3 MILLION IN THAT THINK

2    INVESTMENT THAT WE DID HEAR TESTIMONY ON WHICH HIS THREATS

3    CASE WAS RELATED TO.  SO HE DID LOSE SOME OF THE MONEY.

4              I THINK THAT WE CAN ACCOUNT FOR MAYBE ABOUT

5    SIX MILLION IF YOU TAKE A MILLION DOLLARS FROM THE REAL

6    ESTATE, ABOUT THREE MILLION DOLLARS LOST ON THE THINK, AND

7    1.78 MILLION OVERSEAS.  SO WE CAN ACCOUNT FOR ABOUT SIX

8    MILLION DOLLARS OF THE MONEY BEING LOST.  AND WHERE IS THE

9    REST OF IT?  AND SO THE FACT THAT SOMEHOW IT IS IN SOMEBODY

10   ELSE'S HANDS MR. CAO ISN'T CONTROLLING IT, HE DOESN'T HAVE IT

11   IS JUST NONSENSE.

12             THE COURT:  DO YOU HAVE ANY IDEA WHOM HE IS TALKING

13   ABOUT WHEN THE KIND OF CRYPTICALLY REFERS TO THESE OTHER

14   PEOPLE AND HE IS NOT WILLING TO SHARE THE INFORMATION WITH THE

15   GOVERNMENT?  DO YOU HAVE ANY IDEA WHO THEY MIGHT BE?

16             MR. ORABONA:  YOUR HONOR, NO, WE DON'T HAVE ANY IDEA

17   WHO THOSE PEOPLE ARE. IF I CAN SPECULATE BASED ON THE THREATS

18   CASE WHEN HE TOLD THAT PERSON HE WAS GOING TO CHOP UP THEIR

19   FAMILY AND KILL THEIR BABY, HE WAS REFERENCING TO THE FAMILY

20   AND THE FAMILY WANTS ITS MONEY BACK.  I DON'T KNOW IF THAT'S

21   TRUE OR MR. CAO WATCHES TOO MANY GANGSTER MOVIES.

22             BUT NO, THERE IS NO EVIDENCE THAT THIS MONEY WAS

23   SOMEHOW TRANSFERRED TO SOME SORT OF OTHER TYPES OF CRIMINALS.

24   THE BANK ACCOUNTS WERE CONTROLLED BY HIM.  THE MONEY WENT

25   THROUGH HIS HANDS, AND HE SPENT SOME OF IT ON HIMSELF, AND

1    SOME OF IT IS LOST, $12 MILLION THAT THE INVESTORS HAVE LOST.

2              THE COURT:  WOULD THE GOVERNMENT'S POSITION,

3    MR. ORABONA, BE DIFFERENT IF HE CAME FORWARD WITH A

4    SUBSTANTIAL AMOUNT OF MONEY TO PAY BACK?

5              MR. ORABONA:  YOUR HONOR, I THINK THAT'S WHAT RULE

6    35 IS FOR.  THAT OVERTURE OBVIOUSLY IS MADE TODAY.  HE CAN

7    CERTAINLY DO THAT, BUT HE HAD SINCE 2007 SINCE THE

8    INVESTIGATION BEGAN FOUR YEARS AGO.  HE HAS NEVER COME

9    FORWARD.

10             THE COURT:  I WANT TO BE CLEAR ABOUT THIS.  AND I

11   DON'T KNOW IF MR. CAO KNOWS WHAT RULE 35 IS.  IT'S ESSENTIALLY

12   A MECHANISM, MR. CAO, THAT ALLOWS THE GOVERNMENT TO COME BACK

13   AND ASK FOR ME TO IMPOSE A DIFFERENT SENTENCE FOR UP TO A

14   YEAR.  THEY HAVE TO FILE THE MOTION WITHIN A YEAR.  THEY

15   TYPICALLY DO THAT WHEN SOMEBODY COOPERATES OR MAKES THE

16   SITUATION BETTER.

17             ARE YOU SAYING THAT YOU'D BE WILLING TO FILE A RULE

18   35 MOTION ON HIS CASE IF HE WERE FORTHCOMING AND THERE WAS A

19   SUBSTANTIAL AMOUNT OF MONEY RETURNED TO THE INVESTORS?

20             MR. OWENS:  YES, YOUR HONOR.  IF HE DOES QUALIFY FOR

21   RULE 35.  I WANT TO CAUTION MAINLY TO MR. CAO ON THIS POINT.

22   I HAVE GOT OTHER FRAUD CASES THAT ARE POST TO SENTENCE, "WAIT,

23   I NOW HAVE A MILLION DOLLARS.  I FOUND IT, AND I WANT TO TURN

24   IT OVER."  AND WE OFTEN LEARN LATER ON FROM ANOTHER SCAM.

25             SO THERE IS A VERY LENGTHY PROCESS TO DETERMINE

34

1    WHETHER THE MONEY IS CLEAN OR NOT.  EVEN IF HE COMES FORWARD

2    WITH $1.78 MILLION FROM CHINA, WE MAY NOT BE ABLE TO TAKE IT,

3    BECAUSE IT COULD LITERALLY BE VICTIMS IN ASIA, VICTIMS IN

4    CANADA, VICTIMS WHEREVER.

5         YES, YOUR HONOR, OF COURSE, WE WOULD HONOR A RULE 35

6    OBLIGATION.  BUT FROM OUR PROSPECTIVE, LOOK WHOM WE ARE

7    DEALING WITH HERE.  IF HE COMES UP WITH A CHECK OR A BAG OF

8    CASH OF TWO MILLION DOLLARS, I WOULD SEE THE SERVICE AND SAY

9    "HEY, LOOK, WE DON'T KNOW WHAT THE SOURCE OF THESE FUNDS ARE.

10   WE HAVE TO VERIFY."

11        THE COURT:  I SUPPOSE, THAT'S ONE POSSIBILITY.  THE

12   OTHER POSSIBILITY IS THAT THERE IS $10 OR $11 MILLION

13   SOMEWHERE AND HE KNOWS WHERE, AND HE CAN CONNECT THE DOTS AND

14   SHOW YOU HOW IT COME FROM HIM AND IT IS COMING BACK TO THE

15   GOVERNMENT TO DISPENSE THAT THESE PEOPLE THAT THESE PEOPLE

16   HAVE LOST ALL THE MONEY.

17        MR. OWENS:  ANYTHING IS POSSIBLE, YOUR HONOR.  I

18   JUST WANT TO MAKE IT CLEAR JUST BECAUSE HE COME FORWARD AND

19   SAYS, "I HAVE TWO MILLION IN THIS ACCOUNT" --

20        THE COURT:  NO, THAT'S UNDERSTOOD.  FRANKLY, I AM

21   NOT ENCOURAGED THAT HE IS EVEN GOING TO TAKE THE INVITATION TO

22   DO THAT, BUT I JUST WANTED TO MAKE SURE THAT IT WAS THERE -- A

23   WILLINGNESS WAS THERE ON THE PART OF THE UNITED STATES IN THE

24   EVENT THAT HE CHANGES HIS MIND AT SOME POINT.  THERE IS A

25   WILLINGNESS AT LEAST TO LISTEN TO WHAT HE HAS TO SAY.

35

1        GO AHEAD, MR. ORABONA.

2        MR. ORABONA:  YOUR HONOR, HE DID MAKE REFERENCE TO

3   THE FACT THAT HE HAS NEVER SEEN THE FORENSIC ACCOUNTANT

4   ANALYSIS.  WE TURNED ALL THAT STAFF OVER WELL IN ADVANCE OF

5   THE TRIAL.  HE HAS ALL THOSE RECORDS.  HE CAN ALSO ACCESS ON

6   THE INTERNET.  THE RECEIVER HAS A WEBSITE AND POSTS ALL HIS

7   REPORTS.  ALL THAT INFORMATION IS AVAILABLE TO MR. CAO.  ALL

8   HE NEEDS TO DO IS REALLY TO SIT DOWN AND TAKE A LOOK AT IT.

9   HE COULD CERTAINLY GET THE INFORMATION FROM THE RECEIVER OF

10  THE GOVERNMENT.

11       YOUR HONOR, LOOK, THE GUIDELINES IN THIS CASE ARE

12  NOT DISPUTED.  THEY ARE NOT DISPUTED BY THE DEFENSE.  WE AGREE

13  WITH PROBATION'S CALCULATION.  WE ACTUALLY CONCUR WITH THEIR

14  CALCULATION.

15       THIS IS A SERIOUSLY DANGEROUS INDIVIDUAL WHO NOT

16  ONLY POSES A PHYSICAL THREAT TO PEOPLE WHEN HE GETS OUT OF

17  PRISON BASED ON THE PRIOR CONVICTION, BUT HE ALSO POSTS A

18  SERIOUS ECONOMIC THREAT.  HE KNOWS HOW TO MANIPULATE PEOPLE.

19  THE REFERENCE TO THE FACT THAT THERE IS A SMART PHARMACEUTICAL

20  INDIVIDUAL WHO IS A WITNESS WHO IS A VICTIM IN THIS CASE -- I

21  KNOW YOU COULDN'T BLAME THE VICTIMS IN THIS CASE.  I WOULDN'T

22  EXPECT YOU TO, BUT THE FACT THAT SHE IS MAKING DOOM BECAUSE

23  MR. CAO AROUND GOES THE BEND HERE GOES TO SHOW HOW

24  MANIPULATIVE HE IS AND HOW SUCCESSFUL HE IS AT THAT

25  MANIPULATION.  HE CAN CONVINCE SOMEBODY LIKE THAT TO GIVE HIM

1    $100,000 TO INVEST.

2           YOUR HONOR, I THINK THAT THE SENTENCE THAT THE

3    GOVERNMENT IS RECOMMENDING IN THIS CASE IS MORE THAN

4    REASONABLE.  I DON'T THINK IT'S GREATER THAN NECESSARY.  I

5    THINK THE RESTITUTION SHOULD BE ORDERED IN THIS CASE FOR THE

6    VICTIMS, AND I ALSO DON'T THINK THAT DEFENSE IS ARGUING "DON'T

7    GIVE HIM A LONG TIME IN PRISON, BECAUSE IF YOU GIVE HIM A LONG

8    TIME IN PRISON, HE WON'T BE ABLE TO PAY BACK THE VICTIMS."

9    WELL, THAT ARGUMENT WAS REJECTED IN THE NINTH CIRCUIT OPINION,

10   AND THEY SAID THAT THAT'S FRIVOLOUS.

11          YOUR HONOR, I THINK THE 480 MONTHS THAT WE ARE

12   RECOMMENDING IS REASONABLE.  THANK YOU.

13          MS. BETANCOURT:  JUST A COUPLE OF COMMENTS.

14   THE MISSING MONEY IS REALLY IN THE FOUR AND FIVE MILLION

15   DOLLARS.  IT'S NOT THE $12 MILLION.  THEY COULD ACCOUNT FOR

16   THE OVERSEAS LOSS.

17          THE COURT:  HE SAYS WE CAN ACCOUNT FOR SIX MILLION

18   WHICH MR. CAO SAYS IT WAS 19 OR 20 MILLION TAKEN.  MR. ORABONA

19   SAYS WE CAN ACCOUNT FOR $6 MILLION IN MONEY SPENT, PAY-OUTS

20   BACK TO PEOPLE.  SO THAT TAKES US DOWN TO THE 11 OR 12.  I

21   DON'T THINK HE IS SAYING, MS. BETANCOURT, THAT WE TAKE THE SIX

22   MILLION OFF THE 11 OR 12.

23          MR. ORABONA, AM I RIGHT ABOUT THAT?  YOU ARE NOT

24   CLAIMING THAT THE NET LOSS IS FIVE OR SIX MILLION?

25          MR. OWENS:  THE WAY WE LOOK AT IT IS THERE IS $19

1   MILLION INVESTED BY VICTIMS.  ABOUT SIX OR SEVEN MILLION

2   DOLLARS OF THAT WAS PAID BACK IN TERMS OF THE CASH PAYMENT TO

3   THE PARTIES.  WE CAN ACCOUNT FOR PROBABLY ABOUT HALF OF THAT

4   MONEY.  THESE ARE ROUGH NUMBERS.  THE BEST PERSON WOULD BE THE

5   RECEIVER ON THIS POINT.  A MILLION DOLLARS INVESTED IN REAL

6   ESTATE, THREE MILLION DOLLARS TO THINK WHICH IS THAT

7   INVESTMENT THAT WENT BAD.

8           THE COURT:  YOU SAY THAT COMES OFF OF THE 11 OR 12

9   MILLION?

10          MR. OWENS:  CORRECT.  THE 1.78 MILLION TO CHINA.

11  THERE ALSO WAS A COUPLE OF MILLION DOLLARS MR. CAO HAD CASH

12  WITHDRAWALS, SPENDING ON HIS AMERICAN EXPRESS CARD, HIS

13  PARENTS'S REMODEL ON THE HOUSE.  WE CAN ACCOUNT FOR SOME OF

14  THAT.  YOU ARE RIGHT.  THERE IS STILL A BIG CHUNK OF MONEY

15  THAT WAS --

16          THE COURT:  WHAT HAPPENED TO 1.7 MINIMUM THAT WENT

17  TO HONG KONG?

18          MR. OWENS:  WE DON'T KNOW, YOUR HONOR.  THE RECEIVER

19  HAS LITIGATION AND THEY DO EVERYTHING THEY CAN TO RECOVER THAT

20  MONEY.  IT'S GONE.

21          MS. BETANCOURT:  ACCORDING TO MR. MAKUTAY, THE

22  CONVERSATIONS WE HAD WITH HIS ATTORNEY, HE IS MORE THAN

23  WILLING TO GIVE IT BACK.  IT IS BEING INVESTED.  THAT WAS THE

24  REQUEST -- THE REASON WE REQUESTED A CONTINUANCE.  THAT

25  INDIVIDUAL REFUSED TO RETURN OUR PHONE CALLS, EITHER HIMSELF

1    OR THROUGH HIS ATTORNEY, YOUR HONOR.

2              MR. CAO HOPES THAT THEY ARE ABLE TO RECOVER THAT

3    MONEY.  SO I DO WANT TO COME BACK TO THE FACT THAT IT ISN'T

4    THE 12 MILLION.  WE ARE CLOSER TO FOUR OR FIVE MILLION, STILL

5    A LARGE OF AMOUNT OF MONEY THAT COULD MAKE THE INVESTORS

6    WHOLE.

7              I ALSO -- THERE ARE A LOT OF THINGS THAT THE COURT

8    COULD DO ON SUPERVISED RELEASE.  MR. CAO IS A VERY INTELLIGENT

9    INDIVIDUAL, LOST HIS WAY CLEARLY DURING THE SCHEME.  THERE ARE

10   LOT OF THINGS THAT CAN BE DONE TO GET HIM BACK ON TRACK.  HE

11   HAS A LOT MORE TO LIVE FOR RATHER THAN -- I DON'T KNOW.

12             I THINK A BIG THING TO CONSIDER HERE IS THAT HE DOES

13   HAVE FAMILY SUPPORT.  I THINK THAT THEY WERE BLIND TO WHAT WAS

14   GOING ON TRULY WITH MR. CAO AT THAT POINT.  HE HAS A YOUNG

15   DAUGHTER THAT HE HOPES THAT HE CAN AT LEAST HAVE SOME TIME TO

16   RAISE.

17             WITH THAT, YOUR HONOR, I WOULD SUBMIT ON THAT.

18             THE COURT:  THANK YOU, MS. BETANCOURT.

19             IS IT AGREED THAT THE GUIDELINE CALCULATIONS, WHICH

20   ARE THE SAME AS THE GOVERNMENT'S SENTENCING SUMMARY CHART AND

21   THE PROBATION REPORT, ARE NOT CONTESTED?

22             MS. BETANCOURT:  THAT'S CORRECT, YOUR HONOR.

23             OTHER THAN TO SAY I DON'T THINK THAT -- OTHER THAN

24   THE EXCEPTION THAT THE GUIDELINES WERE NOT BASED ON ANY

25   EMPIRICAL EVIDENCE.

1          THE COURT:  RIGHT.  I HAVE THOSE OBJECTIONS IN MIND,

2     BUT THE CALCULATIONS AT LEAST ARE NOT DISPUTED HERE.  YOU

3     DISPUTE THE SUBJECTIVE REASONABLENESS OF THE RESULT THAT THEY

4     PRODUCE.  AND AS YOU SAID, MAKE AN ARGUMENT THAT THE

5     GUIDELINES THEMSELVES ARE FLAWED BECAUSE THEY ARE NOT BASED ON

6     EMPIRICAL RESEARCH, AT LEAST IN THIS BROAD AREA.

7          THOSE THINGS SAID, THEY ARE WHAT THEY ARE, AND THE

8     COURT IS CHARGED IN THE FIRST INSTANCE WITH GETTING THE

9     GUIDELINES CALCULATIONS CORRECTLY.  THE NUMBERS AT LEAST ARE

10    NOT DISPUTED BY THE DEFENSE IN THIS CASE.

11         THE COURT ADOPTS THE GUIDELINE CALCULATIONS IN THE

12    GOVERNMENT'S SENTENCING SUMMARY CHART THAT ARE MIMICKED IN THE

13    PROBATION.

14         THE BASE LEVEL IS SEVEN, 20 POINTS ARE ADDED BECAUSE

15    THE LOSS OF THE VICTIMS IN THIS CASE WAS APPROXIMATELY 12.4

16    MILLION.  ABOUT 190 VICTIMS IN THIS CASE, SO MORE THAN 50

17    WHICH ADDS FOUR ADDITIONAL POINTS.

18         THE MEANS USED TO PERPETRATE THE FRAUD WERE

19    SOPHISTICATED MEANS.  THAT IS BORNE OUT BY THE TRIAL

20    TESTIMONY.  IT'S NOT CONTESTED AT SENTENCING.  THAT ADDS TWO.

21    MR. CAO CERTAINLY HAD AN AGGRAVATING ROLE IN THAT HE WAS A

22    LEADER AND ORGANIZER.  THERE WERE MORE -- WAS IT FOUR OTHER

23    PEOPLE OR SIX?  WHAT'S THE NUMBER FOR THAT LEADER/ORGANIZER?

24         MR. OWENS:  I BELIEVE IT'S FIVE OR MORE, YOUR

25    HONOR.

1          THE COURT:  THE PROBATION REPORT AND THE

2   GOVERNMENT'S SENTENCING MEMO IDENTIFIES WITH THE OTHERS WHERE

3   THERE WAS SOME REFERENCE TO THEM TODAY.  THERE WAS AN ABUSE OF

4   TRUST HERE WHICH ADDS TWO.  AND THE COURT FINDS THAT THERE WAS

5   CONDUCT THAT AMOUNTED TO OBSTRUCTION OF JUSTICE.  I TOUCHED ON

6   IT.  IT WAS NOT JUST A PLACING LIENS ON JUDGES'S AND THE

7   AGENTS'S AND BANKERS'S HOMES AND IN THEIR NAMES, BUT THERE WAS

8   OTHER CONDUCT.  IT WAS TRYING TO HIDE THE BENTLEY WHEN HE KNEW

9   THEY WERE AFTER IT.  THERE WERE A NUMBER OF OTHER ILL-FATED

10  DECISIONS MADE BY MR. CAO.

11          THE RESULT IS THAT CUMULATIVELY THE DEFENSE LEVEL

12  HERE IS 41.  MR. CAO HAS A PRIOR CONVICTION.  IT IS SOMEWHAT

13  RELATED, BUT IT SCORES AND PUTS HIM IN CRIMINAL HISTORY

14  CATEGORY TWO.  THE CONVICTIONS HAVE ALSO ALLUDED TO IT.  IT'S

15  FULLY DESCRIBED IN THE PROBATION REPORT.  IT HAS TO DO WITH

16  MAKING THREATS TO KILL.  HE WAS CONVICTED BY A JURY, AND AS

17  MS. BETANCOURT POINTS OUT, SENTENCED TO PROBATION.  BUT IT

18  STILL TAKES HIM OUT OF CRIMINAL HISTORY CASTIGATORY ONE.

19          THE RANGE IS HERE IS 360 MONTHS TO LIFE.  THE

20  GOVERNMENT HAS RECOMMENDED A 420-MONTH SENTENCE.

21          MR. OWENS:  I BELIEVE 480, YOUR HONOR.

22          THE COURT:  I AM SORRY.  480-MONTH SENTENCE IN THIS

23  CASE WHICH WOULD BE A 40-YEAR SENTENCE.

24          I LOOKED AT THIS UNDER 3553(A).  THE NATURE AND

25  SERIOUSNESS AND CIRCUMSTANCES.  THIS IS A SERIOUS OFFENSE,

1    MR. CAO. AND I LOOKED VERY CAREFULLY AT THAT COMPARATIVE DATA

2    BOTH SIDES HAVE SUPPLIED REGARDING SIMILAR CASES. HE IS NOT

3    BERNIE MADOFF, THAT'S TO BE SURE. THE SCALE OF THIS THING IS

4    NOT ON THE SCALE OF THAT, NOT ON SCALE WITH ENRON, JEFFREY

5    SKILLING, OR BERNIE EBBERS. IT'S NOT ON SCALE IN TERMS OF THE

6    AMOUNT OF LOSS. IT IS HARD TO MAKE THAT COMPARISON BETWEEN

7    THIS CASE AND THE ONE CITED IN THE GOVERNMENT'S BRIEF AND THE

8    ONE IN MR. PACKER'S CHART.

9        THE MOST I CAN DO, I THINK, IS TO PUT IT IN THE

10    RANGE OF WHAT THE LOSS WAS IN THOSE OTHER CASES. THE

11    EVIDENCE -- YOU CITE DIFFERENT CASES, AND THE EVIDENCE GOES

12    TWO DIFFERENT WAYS. THE CASES CITED BY THE GOVERNMENT, THE

13    LOSS IS SIMILAR AND THE SENTENCES ARE WAY UP CLOSE TO WHERE

14    THEIR RECOMMENDATION IS. SOME LOWER, BUT SOME ALSO HIGHER.

15        IF I LOOK AT THE DEFENSE MEMORANDA, YOU POINT OUT

16    THAT THE NUMBER OF CASES WHERE THE LOSS WAS ABOUT LIKE THIS

17    AND THE SENTENCE WAS 10 PERCENT OF WHAT THE GUIDELINES WERE OR

18    FIVE PERCENT. I DON'T KNOW THE CIRCUMSTANCES OF THOSE CASES.

19    OTHER THAN THIS GROSS COMPARISON OF WHAT THE LOSS AMOUNT IS,

20    IT'S VERY DIFFICULT FOR ME TO GLEAN ANY MEANING FROM THOSE

21    CASES.

22        WHAT I KNOW IS THIS CASE, BECAUSE IT WAS TRIED IN

23    FRONT OF ME. WHAT I FOCUSED ON, MS. BETANCOURT, IN THIS CASE

24    ARE TWO THINGS THAT CONCERN ME VERY MUCH ABOUT THIS CASE ASIDE

25    FROM THE ENORMOUS LOSS. ONE IS THE SPECTER OR THAT THERE IS

1    MONEY OUT THERE AND MR. CAO KNOWS WHERE IT IS, AND HE IS NOT

2    FORTHCOMING ABOUT THAT.  THAT CONTINUES TO TROUBLE ME NOW.

3         YOU JUST DON'T LOSE THAT AMOUNT OF MONEY.  YOU DON'T

4    LOSE TRACK OF IT.  VERY SOPHISTICATED PEOPLE HAVE LOOKED AT

5    FINANCIAL STATEMENTS, LOOKED AT FINANCIAL RECORDS, AND THEY

6    TRIED THEIR LEVEL BEST TO FIND OUT WHERE THE MONEY WENT, AND

7    THEY CAN'T DETERMINE IT.  IT'S NOT DETERMINABLE ON THE BASIS

8    OF THE RECORDS.

9         SO FOR MR. CAO TO LIGHTLY SAY, "WELL, IT ALL WENT

10   THROUGH THOSE ACCOUNTS, THAT'S ALL YOU HAVE TO DO," THAT'S NOT

11   TRUE.  LIKE I SAID, PEOPLE HAVE SCRUTINIZED THOSE ACCOUNTS.

12   PEOPLE THAT ARE DOGGED ABOUT TRYING TO GET THIS MONEY BACK,

13   AND THE ACCOUNTS DON'T FORETELL WHERE AT MONEY IS.  THEY DON'T

14   DISCLOSE WHERE THAT MONEY IS, MR. CAO.

15        WHAT'S TROUBLING TO ME IN GENERAL CIRCUMSTANCES IN

16   THIS CASE, I THINK YOU KNOW.  AND I DON'T -- THIS BIZARRE

17   CRYPTIC "I AM GOING TO DO THIS ON MY OWN. I'LL GET TO THESE

18   PEOPLE, AND I DON'T TRUST THE GOVERNMENT TO DO IT."  I DON'T

19   UNDERSTAND THAT.

20        I DON'T UNDERSTAND WHY YOU WOULD BE AT ALL SKEPTICAL

21   ABOUT THE GOVERNMENT'S DESIRE TO GIVE THE MONEY BACK TO THE

22   VICTIMS IN THIS CASE.  IT IS ALMOST LIKE YOU FEEL AGGRIEVED,

23   AND I DON'T GET THAT.  YOU ARE THE GUY THAT HAS CHEATED ALL

24   THESE PEOPLE OUT OF A LOT OF MONEY THERE AND YOU POINT THE

25   FINGER AND SAY, "I DON'T TRUST THE GOVERNMENT ON THIS."

1      THEY REACTED AND RESPONDED TO WHAT YOU DID.  I JUST

2 DON'T UNDERSTAND THE EXPLANATION THAT YOU GIVE TODAY THAT "I

3 AM NOT GOING TO TURN OVER THE INFORMATION TO THE UNITED

4 STATES.  LET THEM PURSUE THESE LEADS AND GET THE MONEY BACK

5 BECAUSE I DON'T TRUST THEM."  IT IS NAIVE.  YOU ARE GOING TO

6 BE IN PRISON.  YOU ARE NOT GOING TO HAVE ANY MEANS TO RUN THIS

7 DOWN.

8      SO I HOPE YOU RETHINK THAT.  YOU HEARD WHAT THE

9 PROSECUTOR HAS SAID TODAY.  IF THE MONEY COMES BACK AND THEY

10 CAN TRACE THE MONEY TO WHAT WAS STOLEN HERE, THEN THEY'LL COME

11 BACK IN AND ASK ME TO REDUCE THE SENTENCE.

12      I AM TELLING YOU RIGHT NOW I WILL REDUCE THE

13 SENTENCE IF THERE IS A SUBSTANTIAL AMOUNT OF MONEY THAT COMES

14 BACK TO THESE PEOPLE.

15      BUT THE CIRCUMSTANCE HERE ARE VERY, VERY SERIOUS AND

16 THEY ARE TRAGIC.  I DON'T KNOW IF ANY OF THE INVESTORS ARE

17 HERE TODAY WATCHING.  I GOT THEIR ACCOUNTS IN THE PROBATION

18 REPORT.  WHAT YOU DID HAD REAL LIFE CONSEQUENCES.  JUST BEYOND

19 THE STAGGERING AMOUNT THE MONEY, REAL LIFE CONSEQUENCES.

20 PEOPLE LOSING THEIR HOUSES, GOING INTO BANKRUPTCY.  PEOPLE WHO

21 CAN NO LONGER PAY TO SEND THEIR KIDS TO COLLEGE.  THOSE THINGS

22 WILL LIVE ON AND ON, MR. CAO, LONG PAST TODAY AND THE TIME IT

23 TOOK FOR YOU TO STEAL THAT MONEY FROM THEM.  THEY ARE

24 LIFE-CHANGING DECISIONS FOR SOME OF THESE PEOPLE.  YOU

25 AFFECTED ALL OF THAT WITH YOUR GREED AND HUBRIS, AND THAT

44

1    MAKES THIS CASE VERY SERIOUS FOR ME.

2         THE GOVERNMENT POINTS OUT THAT THIS KIND OF CASE

3    WHERE IF THERE IS REALLY A GENERAL DETERRENT THAT STUDIES TEND

4    TO SHOW THAT IT MAKES A DIFFERENCE IN THIS CASE.  PEOPLE THAT

5    ARE SOPHISTICATED LIKE MR. CAO GET THE MESSAGE THAT IF THE

6    GOVERNMENT COMES AFTER YOU, THERE IS GOING TO BE HUGE

7    CONSEQUENCES.

8         I THINK ALL THE PUBLICITY THAT HAS GONE TO THESE

9    HIGH PROFILE CASES SUGGEST TO PEOPLE THAT IT IS A DIFFERENT

10   DAY HERE IN THE UNITED STATES.  THESE CASES ARE BEING TREATED

11   MUCH MORE SERIOUSLY.  IT DIDN'T USED TO BE LIKE THIS,

12   MS. BETANCOURT.  YOU MAY KNOW THAT.  I KNOW THAT FOR SURE.

13        THIRTY YEARS THAT I HAVE BEEN AT THIS, FOR OVER 30

14   YEARS, THE PENALTIES FOR WHITE-COLLAR OFFENSES HAVE RATCHETED

15   UP GREATLY.  MR. PACKER TOUCHED ON THAT IN THE MEMO ABOUT THE

16   INCREMENTAL INCREASES IN GUIDELINES TO WHITE-COLLAR OFFENSES.

17   THEY ARE TREATED VERY DIFFERENTLY NOW.  WHO WOULD HAVE THOUGHT

18   20 YEARS AGO, 25 YEARS AGO THERE WAS NO BLOOD, GUTS, OR SEMEN

19   THAT WE ARE GOING TO BE TALKING ABOUT 40 YEARS IN CUSTODY.

20   BUT WE ARE.  THAT'S THE AGREED-UPON GUIDELINE LEVEL, 360 TO

21   LIFE, AND THEY ARE WITHIN THAT RECOMMENDATION.

22        SO THIS IS VERY SERIOUS.  AND I THINK IT DOES TAKE

23   INTO ACCOUNT THE EFFECT OF WHAT YOU DID IN THIS CASE.

24        MR. CAO, I DON'T KNOW IF YOU HAVE EVER BEEN THE

25   VICTIM OF A FRAUD.  YOU SAY YOU HAVE.  YOU SAY SOME OF THESE

45

1    PEOPLE CHEATED YOU, AND YOU WERE ANGRY ABOUT THAT AND THAT

2    EXPLAINS THE CONVICTION.  IT'S A VERY HALLOW FEELING.  IT IS

3    NOT ON A LOW LEVEL.  IT'S A VERY HALLOW FEELING WHEN YOU

4    REALIZE YOU HAVE BEEN DUPED AND THERE IS NOTHING YOU CAN DO

5    ABOUT IT.

6         THE MONEY IS GONE.  YOU THINK "HOW CAN I BE SO

7    STUPID, AND WHAT AM I GOING TO DO NOW?"  I AM SURE THAT THESE

8    PEOPLE THAT YOU STOLE FROM HAVE ALL GONE THROUGH THAT PROCESS,

9    BEEN MISERABLE FOR THEM.

10         SO I HAVE THAT IN MIND.  AND I HAVE A HOPE IN MIND

11   MAYBE THE SENTENCE WILL BE A MESSAGE TO OTHER PEOPLE THAT

12   THESE THINGS ARE TAKEN VERY SERIOUSLY IN THESE TIMES.  YOU

13   DON'T CHEAT PEOPLE OUT OF LIFE SAVINGS AS YOU DID IN THIS

14   CASE, MR. CAO.

15         NOW, ULTIMATELY IT COMES DOWN TO THIS:  HOW MUCH IS

16   ENOUGH; HOW MUCH IS TOO MUCH.

17         WITH ALL RESPECT -- AND I DO RESPECT THE

18   RECOMMENDATION OF THE UNITED STATES IN THIS CASE.  I RESPECT

19   BOTH MR. ORABONA, MR. OWENS.  THEY ARE BOTH EXPERIENCED

20   PROSECUTORS, EXPERIENCED FRAUD PROSECUTORS.

21         AT SOME POINT THERE IS SOME PROPORTIONALITY, AND I

22   JUST THINK THAT A 480-MONTH SENTENCE, 40 YEARS FOR A GUY 30

23   YEARS OLD, EVEN GIVEN WHAT HAPPENED HERE, IS TOO MUCH.  I

24   THINK IT'S TOO MUCH.

25         I AM NOT AT ALL INSENSITIVE TO THE VICTIMS OF THIS

46

1    CASE.  I THINK EVERYTHING I HAVE HAS SAID SO FAR HAS INDICATED

2    THAT.  BUT HERE IS WHAT THE REALITY IS.  FOR THOSE PEOPLE THE

3    SUN IS GOING TO RISE TOMORROW.  IT IS.  THEY ARE GOING TO

4    EITHER HAVE TO ADJUST.  THEY ARE GOING TO HAVE TO GO ON.

5    THERE IS GOING TO BE SOME SACRIFICES OCCASIONED BY THIS THING,

6    BUT THE SUN RISES TOMORROW.  AND THAT'S DIFFERENT FROM MANY

7    OTHER CASES WHERE WE ARE TALKING ABOUT A 40-YEAR SENTENCE.

8    THE SUN DOESN'T RISE TOMORROW FOR SOME PEOPLE IN THAT

9    CIRCUMSTANCE.  I CAN SEE IT.

10        THIS IS DIFFERENT.  I THINK THIS IS DIFFERENT IN

11   KIND AND HARD TO COMPARE EXCEPT IN A STRAIGHT PROPORTIONALITY

12   SENSE.  I THINK 40 YEARS IS TOO MUCH FOR A 30-YEAR-OLD GUY,

13   EVEN SOMEBODY WHO HAS COMPOUNDED THE ORIGINAL ERRORS BY A

14   SERIES OF ILL-ADVISED ACTIONS.

15        BUT I AM ALSO MINDFUL OF THIS, MS. BETANCOURT.  I

16   WANT TO LEAVE SOME INCENTIVE FOR MR. CAO TO DO THE RIGHT

17   THING, AND I THINK THE MONEY IS OUT THERE.  I DON'T KNOW WHERE

18   IT IS, BUT I THINK HE KNOWS.  AND I AM EVEN MORE SUSPICIOUS

19   THAN WHEN WE BEGAN THIS HEARING BASED ON WHAT HE SAID, BASED

20   ON HIS CLAIM TO FINGER OTHER PEOPLE BY SAYING THEY HAVE IT.

21   "I AM GOING TO RELY ON SELF-HELP TO GET IT BACK," AND SO ON

22   AND SO FORTH.

23        HOWEVER HE GETS IT BACK, IF HE GETS IT BACK AND IT'S

24   THE MONEY THAT HE TOOK, THEN HE CAN EXPECT A REDUCTION OF

25   SENTENCE.  I WANT TO GIVE HIM THAT INCENTIVE.  THE GOVERNMENT

COMPUTER-AIDED TRANSCRIPTION

1    HAS SAID IF HE COMES FORWARD AND WE'LL GET THE MONEY BACK,

2    WE'LL BRING A RULE 35 MOTION.

3            MAYBE THAT DOESN'T RESONATE WITH MR. CAO TODAY, BUT

4    MAYBE SIX MONTHS FROM NOW WHEN HE IS ASSIGNED TO SOMEPLACE

5    THAT IS NOT A PLEASANT PLACE WHERE EVERY DECISION IS BEING

6    MADE FOR HIM, WHEN HE GETS UP, WHAT HE EATS FOR LUNCH, WHO HE

7    ASSOCIATES WITH, MAYBE THEN HE WILL SAY, "YOU KNOW, WAIT, THIS

8    ISN'T WHAT I HAD IN MIND FOR THE REST OF MY LIFE."

9            SO I WANT TO CREATED SOME INCENTIVE FOR HIM TO DO

10   THE RIGHT THING.  I THINK THERE IS A SUBSTANTIAL AMOUNT OF

11   MONEY OUT THERE, MR. CAO, STILL.

12           MS. BETANCOURT:  I APOLOGIZE, YOUR HONOR, BUT IT'S

13   NOT 12 MILLION THAT'S OUT THERE.

14           THE COURT:  I AGREE WITH YOU.  THAT'S THE

15   CLARIFICATION.  IT IS STILL A LARGE AMOUNT OF MONEY.

16           MS. BETANCOURT:  ABSOLUTELY.

17           THE COURT:  AND AS I LOOK AT THIS RESTITUTION ORDER,

18   IT WOULD MAKE A LOT OF THESE PEOPLE WHOLE, BRING IN HALF OF

19   THEIR LOSS IN THIS CASE WHICH IS A LOT BETTER THAN WHERE THEY

20   STAND NOW.

21           ANYWAY, THAT IS WITHIN HIS ABILITY TO DO THAT.  I

22   DO.  I BELIEVE THAT TODAY.  THE ABSENCE OF ANY CREDIBLE

23   EXPLANATION OF WHERE THE MONEY WENT AND THE CRYPTIC STATEMENTS

24   THAT HE MAKES TODAY SUGGEST TO ME THAT IT'S OUT AND HE KNOWS

25   WHERE IT IS.  I DON'T GET THIS THING "I DON'T TRUST THE

1    GOVERNMENT TO GO AFTER IT."  THAT'S HIS ONLY RECOURSE AT THIS

2    POINT.

3            I AM TELLING YOU, MR. CAO, YOU CHANGE YOUR MIND, YOU

4    COOPERATE, THE MONEY COMES BACK, AND I WILL REDUCE THE

5    SENTENCE.

6            THE COURT FINDS AFTER CONSIDERATION OF ALL OF THE

7    FACTORS -- AND I WANT TO EMPHASIZE AGAIN.  I LOOKED AT THIS

8    CASE VERY, VERY CAREFULLY.  I SPENT A LOT OF TIME THINKING

9    ABOUT THIS.

10           THE APPROPRIATE SENTENCE IS 360 MONTHS.  I IMPOSE

11   360 MONTHS.  THAT'S THE LOW END OF THE APPLICABLE GUIDELINES.

12   THAT IS SUBJECT TO REDUCTION IN THE EVENT A SUBSTANTIAL PART

13   OF THIS MONEY COMES BACK.  I EMPHASIZE THAT ONE LAST TIME.

14           IF MR. CAO COMPLETES HIS SENTENCE, HE WILL BE ON

15   SUPERVISED RELEASE FOR A PERIOD OF THREE YEARS.  THE TERMS OF

16   SUPERVISED RELEASE ARE AS FOLLOWS:

17           YOU ARE TO SUBMIT TO A SEARCH BY THE PROBATION

18   OFFICER OF YOUR RESIDENCE, YOUR OFFICE, YOUR PERSON, YOUR

19   PERSONAL EFFECTS.

20           YOU ARE TO PROVIDE COMPLETE DISCLOSURE OF YOUR

21   PERSONAL, BUSINESS, FINANCIAL RECORDS; NOT TO OPEN CHECKING

22   ACCOUNTS OR INCUR CREDIT CHARGES WITHOUT APPROVAL OF THE

23   PROBATION OFFICER.

24           YOU ARE NOT TO ENGAGE IN EMPLOYMENT OR PROFESSION

25   INVOLVING FIDUCIARY RESPONSIBILITIES.

1          YOU ARE NOT SO SOLICIT FUNDS FROM INVESTORS OR

2     FINANCIAL INSTITUTIONS; TELL THE PROBATION OFFICER ABOUT ANY

3     CAR THAT YOU OWN OR DRIVE; NOTIFY THE COLLECTIONS UNIT OF THE

4     U.S. ATTORNEY'S OFFICE AND THE U.S. PROBATION OFFICE OF ANY

5     INTEREST YOU ACQUIRE IN PROPERTY DIRECTLY OR INDIRECTLY,

6     INCLUDING ANY INTEREST UNDER ANY NAME, ANY ENTITY, ANY TRUST,

7     ANY PARTNERSHIP, CORPORATION UNTIL THE FINAL RECITATION ORDER

8     IN THIS CASE IS PAID IN FULL.

9          YOU ARE LIKEWISE TO NOTIFY THE COLLECTIONS OFFICE OF

10    THE U.S. ATTORNEY'S OFFICE AS WELL AS THE PROBATION OFFICER

11    BEFORE YOU MAKE ANY TRANSFERS OF ANY INTEREST IN PROPERTY THAT

12    YOU OWN DIRECTLY OR YOU CONTROL INDIRECTLY.

13         YOU ARE TO COOPERATE WITH ANY ADMINISTRATIVE

14    FINDINGS OF THE INTERNAL REVENUE SERVICE, FILE ANY DELINQUENT

15    INCOME TAXES AS REQUESTED, FILE FUTURE INCOME TAXES AS

16    REQUIRED BY LAW.

17         THE COURT DECLINES TO IMPOSE A FINE IN THIS CASE.  I

18    DON'T THINK MR. CAO HAS THE ABILITY TO PAY A FINE.  I RATHER

19    IF HE DOES COME INTO MONEY THAT HE PAYS RESTITUTION.

20         THE COURT ORDERS THE PAYMENT OF RESTITUTION AT $25

21    PER QUARTER WHILE HE IS IN CUSTODY.  $250 PER MONTH BEGINNING

22    120 DAYS AFTER HE IS RELEASED FROM CUSTODY.

23         THE PENALTY ASSESSMENT ARE $400, REPRESENTING $100

24    PER COUNT OF CONVICTION.

25         NOW, ON THE AMOUNT OF RESTITUTION, I DON'T THINK

1   THERE IS DISAGREEMENT ABOUT THAT.  IT HASN'T BEEN CONTESTED?

2   IS THAT CORRECT, MS. BETANCOURT?

3            MS. BETANCOURT:  THAT'S CORRECT, YOUR HONOR.

4            THE COURT:  THE COURT ACCEPTS THE GOVERNMENT'S

5   RESTITUTION CALCULATIONS THAT ARE SET FORTH IN THE PROPOSED

6   JUDGMENT.  THE RESTITUTION, I FIND, IS TO BE PAID TO THE

7   VICTIMS NAMED IN THAT PROPOSED JUDGMENT.

8            THE TOTAL AMOUNT IS $12,408,172.01.  THAT'S TO BE

9   PAYABLE TO THE CLERK OF THE U.S. DISTRICT COURT.  I SET THE

10  PAYMENT SCHEDULE THAT CAN BE MODIFIED DEPENDING ON MR. CAO'S

11  ABILITY IN THE DISCRETION OF THE PROBATION OFFICER.

12           THE RESTITUTION AMOUNT, I SUPPOSE, CAN BE REDUCED TO

13  FINAL JUDGMENT.  THAT WILL LAST LONGER THAN THE SUPERVISED

14  RELEASE PERIOD.

15           MR. CAO, YOU HAVE THE RIGHT TO APPEAL.  YOUR NOTICE

16  OF APPEAL HAS TO BE FILED WITHIN 10 DAYS; HAS TO BE FILED

17  HERE.  DOESN'T COST YOU ANYTHING.  MS. BETANCOURT AND

18  MR. PACKER CAN ADVISE YOU ON THAT.  IF YOU NEED ASSISTANCE,

19  THE CLERK OF THE COURT CAN ASSIST YOU WITH THAT.

20           DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT TO APPEAL

21  BOTH THE SENTENCE AND THE JUDGMENT IN THIS CASE?

22           THE DEFENDANT:  NO.

23           MS. BETANCOURT:  YOUR HONOR, WE WOULD BE FILING A

24  NOTICE ON HIS BEHALF AFTER WE DISCUSS IT.

25           THE COURT:  I AM INFORMING YOU THAT YOU HAVE THAT

51

1    RIGHT AND YOUR LAWYERS CAN ASSIST YOU WITH THAT.

2              I HOPE YOU TURN AROUND IN YOUR THINKING, MR. CAO. I

3    REALLY DO.  IT'S A LONG TIME.  I STRUGGLED WITH THIS.  IT'S NO

4    FUN AT ALL, I HAVE NO JOY IN SENDING A 30-YEAR-OLD GUY TO JAIL

5    FOR THAT LONG, AND I AM MINDFUL WHAT MS. BETANCOURT SAYS.  YOU

6    HAVE A YOUNG CHILD.  I GIVE YOU CREDIT TO TRY TO SUPPORT YOUR

7    CHILD AND TRY TO SUPPORT THE 10-YEAR-OLD YOUR GIRLFRIEND HAS.

8    THOSE THINGS ARE CREDIBLE, AND I HAVE TAKEN THOSE INTO

9    ACCOUNT.

10              IT'S A LONG TIME TO BE IN JAIL.  YOU KNOW WHERE THAT

11    MONEY IS.  I ENCOURAGE YOU TO COME FORWARD WITH THAT THROUGH

12    YOUR LAWYERS AND MAKE A PITCH TO THE U.S. ATTORNEY.  IF THEY

13    COME BACK AND ASK ME TO REDUCE THE SENTENCE BASED ON

14    SUBSTANTIAL RETURN OF WHAT'S LEFT, THEN I WILL DO IT.  I AM

15    TELLING YOU THAT RIGHT NOW.

16              MS. BETANCOURT:  YOUR HONOR, JUST FOR THE RECORD, I

17    WOULD OBJECT ON PROCEDURAL AND SUBSTANTIVE GROUNDS.

18              THE COURT:  THE OBJECTION IS NOTED.

19              I HAVE A PROPOSED JUDGMENT.  YOU WERE GOING TO

20    SUBMIT THE FINAL RESTITUTION JUDGMENT TO ME, MR. ORABONA?

21              MR. ORABONA:  YES, WE WILL DO THAT, YOUR HONOR.

22              THE COURT:  THAT'S ALL.

23              THE DEFENDANT:  FOR THE RECORD, I HAVE ALREADY

24    DECLINED ALL THE OFFERS, YOUR HONOR.

25              THE COURT:  I KNOW.  I HOPE YOU CHANGE YOUR MIND,

52

1     MR. CAO.  I HOPE YOU CHANGE YOUR MIND.

2                         --oOo--

3

4                  I HEREBY CERTIFY THAT THE TESTIMONY

5              ADDUCED IN THE FOREGOING MATTER IS

6              A TRUE RECORD OF SAID PROCEEDINGS.

7              S/EVA OEMICK                    6-15-2011

8              EVA OEMICK                      DATE
               OFFICIAL COURT REPORTER
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPUTER-AIDED TRANSCRIPTION